US008503936B2

(12) **United States Patent**
Kermoian et al.

(10) **Patent No.:**    **US 8,503,936 B2**
(45) **Date of Patent:**    **Aug. 6, 2013**

(54) **SYSTEM AND METHOD FOR NAVIGATING BETWEEN USER INTERFACE ELEMENTS ACROSS PAIRED DEVICES**

(75) Inventors: **Chris Sam Kermoian**, Redwood City, CA (US); **Joseph Patrick Thomas Goguen**, Los Gatos, CA (US)

(73) Assignee: **Research In Motion Limited**, Waterloo (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/619,670**

(22) Filed: **Sep. 14, 2012**

(65) **Prior Publication Data**

US 2013/0097515 A1     Apr. 18, 2013

**Related U.S. Application Data**

(63) Continuation of application No. 13/397,533, filed on Feb. 15, 2012.

(60) Provisional application No. 61/548,145, filed on Oct. 17, 2011, provisional application No. 61/555,836, filed on Nov. 4, 2011, provisional application No. 61/555,984, filed on Nov. 4, 2011.

(51) **Int. Cl.**
**H04W 88/02**         (2009.01)

(52) **U.S. Cl.**
USPC ........................................ **455/41.2**; 455/41.3

(58) **Field of Classification Search**
USPC ................... 455/41.2, 41.3, 414.2, 418, 420, 455/414.1, 507, 557, 566; 709/203; 340/10.1; 726/19
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,072,412 | A | 12/1991 | Henderson et al. |
| 7,536,000 | B2 | 5/2009 | Ho |
| 7,684,550 | B2 | 3/2010 | McCullough et al. |
| 7,734,680 | B1 | 6/2010 | Kurapati et al. |
| 2005/0059439 | A1 | 3/2005 | White et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 02057899 A1 | 7/2002 |
| WO | 2005041027 A1 | 5/2005 |
| WO | 2006043977 A1 | 4/2006 |
| WO | 2009012330 A2 | 1/2009 |

OTHER PUBLICATIONS

Syed, C.; Search Report from corresponding PCT Application No. PCT/CA2012/000315; search completed Aug. 7, 2012.

(Continued)

*Primary Examiner* — Diane Mizrahi
(74) *Attorney, Agent, or Firm* — Novak Druce Connolly Bove + Quigg LLP

(57)     **ABSTRACT**

A method is provide that comprises detecting an incoming or outgoing call; and sending data to a paired device for displaying a plurality of elements associated with the call in a user interface on the paired device prior to connecting the call, the plurality of elements having been obtained from a plurality of sources accessible to the mobile device. Another method is provided, which comprises receiving data from the mobile device for displaying a plurality of elements associated with the call in a user interface on a paired device prior to connecting the call, the plurality of elements having been obtained from a plurality of sources accessible to the mobile device; and displaying the plurality of elements in a user interface on the paired device using the data received from the mobile device.

**17 Claims, 38 Drawing Sheets**



**US 8,503,936 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0198612 | A1 | 9/2005 | Gonzalez |
| 2006/0187900 | A1 | 8/2006 | Akbar |
| 2006/0236328 | A1 | 10/2006 | DeWitt |
| 2006/0285502 | A1* | 12/2006 | Bigioi et al. .................. 370/254 |
| 2008/0122796 | A1* | 5/2008 | Jobs et al. ..................... 345/173 |
| 2008/0174570 | A1 | 7/2008 | Jobs et al. |
| 2008/0233957 | A1 | 9/2008 | Akama |
| 2009/0083374 | A1* | 3/2009 | Saint Clair .................... 709/203 |
| 2009/0136013 | A1 | 5/2009 | Kuykendall et al. |
| 2009/0327953 | A1 | 12/2009 | Honkala et al. |
| 2010/0157990 | A1 | 6/2010 | Krzyzanowski et al. |
| 2010/0167712 | A1 | 7/2010 | Stallings et al. |
| 2010/0332530 | A1 | 12/2010 | McKelvie et al. |
| 2011/0072394 | A1 | 3/2011 | Victor |
| 2011/0078597 | A1 | 3/2011 | Rapp et al. |
| 2011/0179388 | A1 | 7/2011 | Fleizach et al. |
| 2012/0264408 | A1 | 10/2012 | Wilkerson |

OTHER PUBLICATIONS

Sterling, G.; Yellix Turns Facebook into Caller ID << Screenwerk; Aug. 11, 2009; pp. 1 and 2; http://gesterling.wordpress.com/2009/08/11/yellix-turns-facebood-into-caller-id/.

Nuttal, C.; FT.com / Media—'Social' phones to reveal all about your caller; Sep. 20, 2009; p. 1; http://www.ft.com/cms/s/0/f5529db2-a5ff-11de-8c92-00144feabcd0/html.

Leachon, A.; Hands-onwith TieScape:Sony Ericsson's brilliant message mash-up app : Shiny Shiny; Feb. 17, 2010; p. 1; http://shinyshiny.tv/2010/02/.

"Smartphone Views: Building Multi-Device Distributed User Interfaces"; LNCS/Computational Science; Sep. 13, 2004; pp. 507 to 511; vol. 3160; ISBN: 978-3-540-24128-7.

Search Report from corresponding European Application No. 12185861.7; search completed Feb. 14, 2013.

Search Report from corresponding European Application No. 12185865.8; search completed Feb. 15, 2013.

Search Report from corresponding European Application No. 12185867.4; search completed Feb. 15, 2013.

Search Report from corresponding European Application No. 12161204.8; search completed Nov. 13, 2012.

* cited by examiner



FIG. 1

Case 2:26-cv-00469-JRG-RSP   Document 1-2   Filed 06/12/26   Page 4 of 58 PageID #: 62



FIG. 2

U.S. Patent    Aug. 6, 2013    Sheet 3 of 38    US 8,503,936 B2



FIG. 3

U.S. Patent     Aug. 6, 2013     Sheet 4 of 38     US 8,503,936 B2



FIG. 4

U.S. Patent     Aug. 6, 2013     Sheet 5 of 38     US 8,503,936 B2



FIG. 5

FIG. 6

U.S. Patent    Aug. 6, 2013    Sheet 6 of 38    US 8,503,936 B2



FIG. 7

FIG. 8

U.S. Patent — Aug. 6, 2013 — Sheet 7 of 38 — US 8,503,936 B2



FIG. 9

FIG. 10

U.S. Patent

Aug. 6, 2013

Sheet 8 of 38

US 8,503,936 B2



FIG. 11

FIG. 12

U.S. Patent

Aug. 6, 2013

Sheet 9 of 38

US 8,503,936 B2

190

194

### Reply to Message

SEND

192

Can you make it to the next meeting?  I see that you were not on the list.  I will send you another invite just in case.

Cheers,

Me

Select

## FIG. 13

17a

### Meeting Dossier UI

172

Meeting Details

174

176

Contact Group

178

180

Meeting Invitees

New

182

184

Group Discussion

186

Other Data Items

Select

## FIG. 14



FIG. 15

FIG. 16

U.S. Patent

Aug. 6, 2013

Sheet 11 of 38

US 8,503,936 B2



FIG. 17

FIG. 18

U.S. Patent   Aug. 6, 2013   Sheet 12 of 38   US 8,503,936 B2



FIG. 19

FIG. 20



FIG. 21



FIG. 22



FIG. 23

U.S. Patent

Aug. 6, 2013

Sheet 16 of 38

US 8,503,936 B2



FIG. 24

U.S. Patent        Aug. 6, 2013        Sheet 17 of 38        US 8,503,936 B2



Incoming Call

FIG. 25



FIG. 26



FIG. 27



FIG. 28



FIG. 29

U.S. Patent    Aug. 6, 2013    Sheet 22 of 38    US 8,503,936 B2



FIG. 30

FIG. 31

U.S. Patent          Aug. 6, 2013          Sheet 23 of 38          US 8,503,936 B2



FIG. 32

During Call

FIG. 33

U.S. Patent

Aug. 6, 2013

Sheet 24 of 38

US 8,503,936 B2

After Call Ends



FIG. 34

U.S. Patent      Aug. 6, 2013      Sheet 25 of 38      US 8,503,936 B2



FIG. 35



FIG. 36



FIG. 37

U.S. Patent    Aug. 6, 2013    Sheet 28 of 38    US 8,503,936 B2



272, 372

**FIG. 38**

Use ID to determine if group or event exists — 360

Update ID to include group or event data — 362

Use ID to determine associated individual and group dossier UIs — 364

Provide associated individual and group dossier UIs — 366

370 — Detect outgoing call

372 — Use call details to determine if corresponding dossier UI(s) exist

274-292

**FIG. 39**

U.S. Patent    Aug. 6, 2013    Sheet 29 of 38    US 8,503,936 B2



FIG. 40

U.S. Patent    Aug. 6, 2013    Sheet 30 of 38    US 8,503,936 B2



FIG. 41

U.S. Patent    Aug. 6, 2013    Sheet 31 of 38    US 8,503,936 B2



FIG. 42

FIG. 43



FIG. 44



FIG. 45

Case 2:26-cv-00469-JRG-RSP    Document 1-2    Filed 06/12/26    Page 36 of 58 PageID #:  94



FIG. 46



FIG. 47

U.S. Patent    Aug. 6, 2013    Sheet 35 of 38    US 8,503,936 B2

U.S. Patent

Aug. 6, 2013

Sheet 36 of 38

US 8,503,936 B2



FIG. 48

U.S. Patent

Aug. 6, 2013

Sheet 37 of 38

US 8,503,936 B2



FIG. 49

U.S. Patent    Aug. 6, 2013    Sheet 38 of 38    US 8,503,936 B2



FIG. 50

US 8,503,936 B2

**1**

## SYSTEM AND METHOD FOR NAVIGATING BETWEEN USER INTERFACE ELEMENTS ACROSS PAIRED DEVICES

This application is a continuation of U.S. patent application Ser. No. 13/397,533 filed on Feb. 15, 2012, which claims priority from U.S. Provisional Patent Application Nos. 61/548,145 filed on Oct. 17, 2011; 61/555,836 filed on Nov. 4, 2011; and 61/555,984 filed on Nov. 4, 2011; the contents of these applications being incorporated herein by reference in their entireties.

### TECHNICAL FIELD

The following relates to systems and methods for managing electronic groups.

### DESCRIPTION OF THE RELATED ART

Computing devices or systems providing user interfaces (UIs) on a display to enable users to interact with the computing devices or systems traditionally separate functionality and operability into distinct applications. For example, messages may be accessed through a messages inbox or application UI, calendar events may be accessed through a calendar application UI, instant messaging (IM) conversations may be accessed through an IM application, social networking updates may be accessed through the messages inbox UI or a social networking application UI, etc.

The separation of data items associated with the functionally and operability of the computing device or system into different applications creates a virtual barrier between the data items. For example, if a user wishes to view a calendar appointment associated with a message they are currently viewing, the user would typically navigate from the messages application UI to the calendar application UI and find the particular calendar appointment. On computing devices having relatively smaller displays, such as smart phones, tablet computers, portable gaming systems, and the like, having to navigate between applications in this way can be cumbersome and time consuming. Moreover, the user may inadvertently forget where they are navigating to and have difficulty returning to the previous application UI.

### BRIEF DESCRIPTION OF THE DRAWINGS

Examples will now be described with reference to the appended drawings wherein:

FIG. **1** is a schematic diagram illustrating a UI navigation flow utilizing dossier UIs;

FIG. **2** is a block diagram of an example of a communication system;

FIG. **3** is a block diagram of an example of a configuration for a mobile device operable to provide dossier UIs;

FIG. **4** is a flow chart illustrating example computer executable operations that may be performed in enabling a UI navigation flow between dossier UIs, application UIs and data item UIs;

FIG. **5** is a screen shot of an example messages inbox UI;

FIG. **6** is a screen shot of an example individual dossier UI;

FIG. **7** is a screen shot of an example messages inbox UI;

FIG. **8** is a screen shot of an example message UI;

FIG. **9** is a screen shot of an example meeting dossier UI;

FIG. **10** is a screen shot of an example individual dossier UI;

FIG. **11** is a screen shot of an example meeting dossier UI;

FIG. **12** is a screen shot of an example message UI;

**2**

FIG. **13** is a screen shot of an example message reply UI;

FIG. **14** is a screen shot of an example meeting dossier UI;

FIG. **15** is a screen shot of an example individual dossier UI;

FIG. **16** is a screen shot of an example IM conversation UI;

FIG. **17** is a screen shot of an example group event dossier UI;

FIG. **18** is a screen shot of an example browser UI;

FIG. **19** is a screen shot of an example individual dossier UI;

FIG. **20** is a screen shot of an example IM conversation UI;

FIG. **21** is a screen shot of an example group dossier UI;

FIG. **22** is a pictorial view of two paired mobile devices;

FIG. **23** is a block diagram of an example of a configuration for a mobile device operable to utilize dossier UIs for enhanced caller identification ID;

FIG. **24** is a block diagram of an example of a configuration for a mobile device operable to utilize dossier UIs for enhanced caller identification ID and operable to provide dossier UI data to a paired device;

FIG. **25** is a pictorial view of two paired mobile devices displaying dossier UIs for providing enhanced caller ID during an incoming call;

FIG. **26** is a pictorial view of two paired mobile devices displaying dossier UIs during an ongoing call;

FIG. **27** is a pictorial view of two paired mobile devices displaying dossier UIs after a call has ended;

FIG. **28** is a flow chart illustrating example computer executable operations that may be performed by a called device in using dossier UIs to provide enhanced caller ID;

FIG. **29** is a flow chart illustrating example computer executable operations that may be performed by a paired device in using dossier UIs to provide enhanced caller ID;

FIG. **30** is a screen shot of an example enhanced caller ID UI for an incoming call comprising an individual dossier UI;

FIG. **31** is a screen shot of an example individual dossier UI displayed by a paired device;

FIG. **32** is a screen shot of an example call screen UI for an ongoing call;

FIG. **33** is a screen shot of an example individual dossier UI displayed by a paired device during an ongoing call;

FIG. **34** is a screen shot of an example prompt displayed by a paired device after a call has ended;

FIG. **35** is a block diagram of an example of a configuration for a mobile device operable to utilize dossier UIs for enhanced caller identification ID associated with a conference or group call;

FIG. **36** is a pictorial view of a called device and a paired device during an incoming conference or group call wherein the paired device displays individual and group dossier UIs;

FIG. **37** is a pictorial view of a called device and a paired device during an incoming conference or group call wherein the paired device displays a list of call attendees for displaying dossier UIs on the paired devices;

FIG. **38** is a flow chart illustrating example computer executable operations that may be performed by a called device in determining dossier UIs associated with a caller;

FIG. **39** is a flow chart illustrating example computer executable operations that may be performed in displaying dossier UIs when initiating an outgoing call;

FIG. **40** is a schematic diagram of an example communication system including a cloud computing infrastructure;

FIG. **41** is a block diagram of an example configuration of a mobile device operable to communicate in an electronic group;

FIG. **42** is a screen shot of an example of a location-based group UI;

US 8,503,936 B2

**3**

FIG. **43** is a screen shot of an example of a group update UI;

FIG. **44** is a screen shot of an example of a car pool group UI;

FIG. **45** is a screen shot of an example of a new group task UI;

FIG. **46** is a screen shot of an example of a car pool group UI including a task list portion;

FIG. **47** is a flow chart illustrating example computer executable operations that may be performed in creating a new location-based electronic group;

FIG. **48** is a flow chart illustrating example computer executable operations that may be performed in removing a member from a location-based electronic group;

FIG. **49** is a flow chart illustrating example computer executable operations that may be performed in enabling a new group task to be created; and

FIG. **50** is a block diagram illustrating an example of a configuration for a mobile device.

DETAILED DESCRIPTION

It will be appreciated that for simplicity and clarity of illustration, where considered appropriate, reference numerals may be repeated among the figures to indicate corresponding or analogous elements. In addition, numerous specific details are set forth in order to provide a thorough understanding of the examples described herein. However, it will be understood by those of ordinary skill in the art that the examples described herein may be practiced without these specific details. In other instances, well-known methods, procedures and components have not been described in detail so as not to obscure the examples described herein. Also, the description is not to be considered as limiting the scope of the examples described herein.

It will be appreciated that the examples and corresponding diagrams used herein are for illustrative purposes only. Different configurations and terminology can be used without departing from the principles expressed herein. For instance, components and modules can be added, deleted, modified, or arranged with differing connections without departing from these principles.

To provide a more convenient navigation flow between user interface items, an amalgamated "dossier" view may be provided. Such a dossier view incorporates multiple links to item UIs, application UIs, and other dossier views to enable pivoting between related UIs and navigation through and around a connected social or business network without having to individually access each application UI and search or otherwise locate the desired item UIs, application UIs, or other dossier views.

It has also been found that when receiving a call on a mobile device, current caller ID functions generally provide only minimal details related to the caller, such as the phone number and, if available, the name and a picture associated with the caller. Although such information may assist in identifying the caller, by providing additional information such as a dossier view or modified version thereof during an incoming call screen, the recipient can better understand the context of the call and his/her relationship with the caller.

While participating in a call (e.g., direct call, group call, conference call, etc.), it can be time consuming to obtain detailed information associated with the other call attendee(s) to facilitate communications and coordination with the call attendee(s). For example, one may need to access a corporate directory or social networking system to obtain detailed information about the call attendee(s) and recent interactions or relevant associations, e.g., to see what has been posted, recent

**4**

activities, profile pages, calendars, call logs, messages, group lists, etc. Moreover, it may be unclear which if any of these directories or systems will provide useful information concerning the call attendee(s). By providing additional information in, for example, a dossier view on a paired device, the recipient would have relevant information about the call attendee(s) available without having to search for such relevant information. Navigation between item UIs, application UIs, and dossier views can also be facilitated during a call.

It has also been found that although both temporary and longer term groups may form dynamically in a real-world setting, often creating corresponding electronic groups can be time consuming or may not occur at all, particularly temporary groups. Additionally, when the need for a group ends, the group typically needs to be manually deleted and thus may persist longer than the group is needed. To facilitate group communications, automatic group creation, automatic modification (e.g., removal of a member), and automatic deletion of electronic groups can be implemented by detecting events that correspond to creation, modification, and deletion events. In addition to facilitating group communications on personal mobile devices, by creating and making the group available in a cloud computing environment, users may seamlessly transition to other devices and access the same group data in order to continue participating in the electronic group in different scenarios and environments. For example, a user may wish to update group data from a desktop computer instead of a mobile device and access to the cloud computing environment facilitates such an update.

An example of an update to the group data includes the creation of a task which can be assigned to other members of the group or the entire group itself. Newly created tasks, and the associated information for that task may then be available to other members of the group, including access through the cloud computing environment.

The creation, modification, and deletion of groups, as well as the creation of tasks for a group can be incorporated into group dossier UIs to enhance the navigation flows herein described.

Turning now to FIG. **1**, various example UI navigation flows are shown to illustrate navigation into and out of UIs through links or other identifiers included in the UIs and the amalgamation of a plurality of data items associated with an individual or group of individuals in a single UI. Hereinafter UIs comprising multiple data items that are associated with the same individual or group of individuals may be commonly referred to as a "dossier" UI for the sake of clarity. Similarly a navigation into one UI and back to the previous UI may be commonly referred to as "pivot" for the sake of clarity. Groups as hereinafter described may refer to any association of more than one individual and may be used to commonly refer to both short term or event related groups (e.g., a meeting, appointment or occasion) and groupings based on associations between individuals, which may be persistent or otherwise longer term than something tied to a temporally affected event.

An application UI **10** is shown in FIG. **1** which illustrates a traditional UI that has been developed to perform one or more particular functions and may utilize and/or provide one or more items **12**. For example, the application UI **10** may display items **12** representing messages, status updates, calendar invites and responses, etc. FIG. **1** also illustrates an item UI **14** which represents a displayed element that, in this example, may be launched, opened, or otherwise displayed after detecting an input associated with the item **12** provided in the application UI **10**. By storing or obtaining data associated with the items **12** individually, the corresponding item UIs **14**

US 8,503,936 B2

5

may be accessed and displayed via other UIs as described below. In this way, a user can pivot between item UIs **14** and dossier views to more conveniently navigate between items **12** that share context with each other, an individual, a group of individuals or are otherwise related or associated with each other. An individual dossier UI **16** and a group dossier UI **17** are also shown in FIG. **1**. The dossier UIs **16**, **17** amalgamate a plurality of links or identifiers (hereinafter commonly referred to as "links" for the sake of clarity) associated with a plurality of items **12**, from at least one data source **40** (see also FIG. **2** described below), which when selected, navigate the user to the associated item UI **14**. Various links are shown in FIG. **1**, and it may be appreciated that those shown are for illustrative purposes only.

Various navigation flows and/or flow segments are shown in FIG. **1**, which are given labels or reference numerals **1** through **9**. Flow **1** illustrates a traditional UI flow wherein after detecting selection of an item **12** in an application UI **10**, an associated first item UI **14** is displayed. In such a traditional UI flow, the user may navigate back to the application UI **10**, e.g., by closing the first item UI **14**. As discussed above, traditional UI flows typically require that the user navigate out of or away from one application UI **10** and to another application UI **10** in order to access and/or display a second item UI **14'**. To provide a more convenient navigation flow, a dossier view may be provided, which incorporates multiple links to item UIs **14**, application UIs **10**, and other dossier views to enable pivoting between related UIs and navigation through and around a connected social or business network without having to individually access each application UI **10** and search or otherwise locate the desired item UIs **14**, application UIs **10**, or other dossier views.

Flow **2** illustrates an example navigation flow between an application UI **10** and an individual dossier UI **16** which amalgamates links to items **12** and/or item UIs **14** associated with each other according to at least one predetermined criterion. In the example shown, selection of Item **1** (or a portion thereof) pivots the display to the individual dossier UI **16**. For example, by tapping or selecting a name associated with a message may open an individual dossier UI **16** corresponding to a contact in a contact list or address book corresponding to the name selected. As discussed below, pivoting back to the previous view, in Flow **2**, the application UI **10**, may be performed in various ways. For example, the user may navigate back to the previous view by selecting a cancel or "back" button, convenience key, soft key or other link. The individual dossier UI **16** may also include an application identifier **18** (App), which when selected, navigates back to the application UI **10**. It can be appreciated that the application identifier **18** can be used both to pivot back to the application UI **10** (e.g., in scenarios wherein the previous view provided the application UI **10**), and to continue a navigation flow into the application UI **10** (e.g., in scenarios wherein the previous view was not the application UI **10**). Flow **3** in FIG. **1** illustrates a navigation from the individual dossier UI **16** to the application UI **10**.

Flow **4** illustrates an example wherein an item link **20** provided in the individual dossier UI **16** may be selectable to enable navigation directly to the first item UI **14**. Flow **5** illustrates an example wherein a dossier link **24** (Doss) is provided in the first item UI **14** to enable a pivot back to the individual dossier UI **16** or a further navigation flow segment towards the individual dossier UI **16**. As discussed above, it can be appreciated that a pivot from the first item UI **14** back into the individual dossier UI **16** may be performed in various ways. It can also be appreciated that predetermined inputs may also be used to automatically navigate from an item UI

6

**14** back into its associated application UI **10**. For example, by closing the first item UI **14** in a manner similar to a traditional navigation may direct the user back to the application UI **10**.

Flow **6** illustrates an example wherein a group link **24** provided in the first item UI **14** may be selectable to enable navigation from the first item **14** UI into the group dossier UI **17**. Similarly, Flow **7** illustrates an example wherein another item link **20'** provided in the group dossier UI **17** may be selectable to enable navigation from the group dossier UI **17** into the first item UI **14**. Flows **6** and **7** therefore illustrate that the first item UI **14** may be accessed from various UIs by associating item links **20**, **20'** with, for example, dossier UIs **16**, **17**. Flow **8** illustrates that the dossier UIs **16**, **17** may also include links to other dossier UIs. In the example shown in FIG. **1**, another group link **24'** to the group dossier UI **17** is provided in the individual dossier UI **16** to enable a pivot between, or a navigation segment from, the individual dossier UI **16** into the group dossier UI **17**. Flow **9** illustrates that yet another item link **26** may be provided in an item UI **14** to enable a user to navigate directly between the first item UI **14** and the second item UI **14'**. For example, reference to the second item or the second item UI **14'** may be detected and the second item link **26** inserted accordingly to enable selection thereof to navigate directly from the first item UI **14** to the second item UI **14'**.

It can be appreciated that the UI navigation flows and segments illustrated in FIG. **1** may be applicable to UIs displayed by any electronic computing device, including mobile electronic devices. Examples of applicable mobile electronic devices may include, without limitation, cellular phones, smart-phones, tablet computers, wireless organizers, personal digital assistants, laptops, handheld wireless communication devices, wirelessly enabled notebook computers, portable gaming devices, and the like. Such devices will hereinafter be commonly referred to as "mobile devices" **32** for the sake of clarity. It will however be appreciated that the principles described herein are also suitable to other electronic computing devices, e.g. "non-mobile" devices. Such other devices will hereinafter be commonly referred to as "computing devices" **33** for the sake of clarity. For example, the principles herein are equally applicable to personal computers (PCs), tabletop computing devices, wall-mounted screens such as kiosks, or any other computing device **35**.

Referring to FIG. **2**, an example of a communication system **30** is shown. The communication system **30**, in this example, enables, at least in part, mobile devices **32** to communicate with other mobile devices **32** and other computing devices **33**, via a wireless network **34**. For example, as shown, data items **36** may be exchanged between various mobile devices **32** and computing devices **33**. Data items **36** that are sent from one mobile device **32** to another mobile device **32** may be transmitted according to a particular messaging or communication medium, protocol, or other mechanism. For example, as shown in FIG. **2**, data items **36** may be sent over the wireless network **34** via a component of a network infrastructure **38**. The network infrastructure **38** can include various systems that may be used by the mobile devices **32** to exchange data items **36**. For example, a peer-to-peer (P2P) system, a short message service centre (SMSC), an email system (e.g. web-based, enterprise based, or otherwise), a web system (e.g. hosting a website or web service), a host system (e.g. enterprise server), social networking system, etc., may be provided by or within or be otherwise supported or facilitated by the network infrastructure **38**. The mobile devices **32** and other computing devices **33** may therefore send data items **36** to, or receive data items **36** from, other mobile devices **32** or computing devices **33**, via one or more

US 8,503,936 B2

7 8

particular systems with which the mobile devices **32** and computing devices **33** are communicable via the wireless network **34** (or other network—not shown), and network infrastructure **38**. It can be appreciated that computing devices **33** may also communicate with each other over other networks (also not shown).

FIG. **2** also illustrates that data items **36** may be provided by or stored by one or more data sources **40** being external to the mobile device **32**. As discussed below, data items **36** may also be stored and provided to the mobile device **32** from an online service, e.g., on a server or data centre, including data items **36** that originate or originally reside on the mobile device **32**, e.g., call logs.

FIG. **3** illustrates an example of a configuration for a mobile device **32** operable to provide navigate flow capabilities between application UIs **10**, item UIs **14**, and dossier UIs **16**, **17**, e.g., as demonstrated in FIG. **1**. The mobile device **32** comprises a dossier view module **46** which includes, for illustrative purposes, a dossier view engine **48** that includes or otherwise has access to a memory **50** for storing data items **36** associated with items **12** and item UIs **14** displayed by the mobile device **32** in one or more UIs. The dossier view engine **48** includes or has access to (as shown) a dossier UI module **52** which may be used to generate dossier UIs **16**, **17** using the data items **36** obtained and, if necessary processed, by the dossier view engine **48**. The dossier view engine **48** may obtain the data items **36** from data sources **40** residing on the mobile device **32**, such as application data components **42**, or any other data source **40** on the mobile device **32** or external thereto. For example, the dossier view engine **48** may be operable to access social networking systems external to the mobile device **32** to determine mutual contacts, relevant status updates or other information. It can be appreciated that the dossier view engine **48** may also download, pull or otherwise obtain data items **36** from data sources **40** in real-time or near-real-time and thus may not need to store at least some of the data items **36** used in generating the dossier UIs **16**, **17**. It can also be appreciated that the dossier view engine **48** may instead reside online, e.g., on a server, data centre, or other component of the network infrastructure **38**, wherein the mobile device **32** is operable to access the data items **36** via one or more application programming interfaces (APIs).

As shown in FIG. **3**, the mobile device **32** may include at least one communication subsystem **44** for accessing external data sources **40** and/or to obtain data items **36** for application data components **42**. It can be appreciated that the application data components **42** may represent any memory element used for storing data items **36** for an application. For example, data items **36** may be stored by a person information management (PIM) function or tool.

A number of applications **56** are shown in FIG. **3**, which include an application UI **10** and a number of individual item UIs **14** (e.g., an inbox UI and message UIs). The applications **56** are communicable with a display components **62** for rendering UI elements on a display **62** of the mobile device **32** (see also FIG. **21** described below). It can be appreciated from the dashed lines shown by way of example in FIG. **3** that the dossier UIs **16**, **17** generated by the dossier UI module **52** enable navigation between item UIs **14** and application UIs **10** displayed by the mobile device **32** in a more direct and convenient manner. In this way, navigation flows such as those shown in FIG. **1** may be enabled on the mobile device **32**.

FIG. **4** illustrates an example set of computer executable operations that may be performed in enabling navigation flows between dossier UIs **16**, **17**, item UIs **14**, and application UIs **10** as described above. At **80** the dossier view engine **48** obtains data items **36** from at least one data source **40** and generates at least one dossier UI **16**, **17** at **82**. It can be appreciated that the same data item **36** may be used in generating multiple dossier UIs **16**, **17**. For example recent activities associated with a particular contact may be utilized in both an individual dossier UI **16** for that contact and a group dossier UI **17** associated with a group including that contact. The dossier UIs **16**, **17** may be stored by the dossier UI module **52** and access thereto provided at **84**. This access enables an input or event to trigger display of a dossier UI **16**, **17** at **86**. As discussed above, a dossier UI **16**, **17** may include not only item links but also links to other dossier UIs **16**, **17**. The dossier view module **46** may be operable to determine at **88** whether or not a link to another dossier UI **16**, **17** has been selected. If so, a different dossier UI **16**, **17** is displayed at **90**. If a link to another dossier UI **16**, **17** has not be selected, the dossier view module **46** may be operable to determine whether or not an item link has been selected at **92**. If so, the associated item UI **14** may be displayed. In FIGS. **4** Y1 and Y2 branches are shown to illustrate that navigation may proceed to the item UI **14** displayed at **102** (discussed below) or to another item UI **14** displayed at **108** (also discussed below). If no dossier or item links are selected, the dossier view module **46** may continue to display the current dossier UI **16**, **17** at **86**.

The mobile device **32** in the example shown in FIG. **4** is also operable to provide at least one application UI **10** at **94** and to display any such application UI at **96**, e.g., by detecting selection of an icon or a navigation segment as illustrated in FIG. **1**. Also, as discussed above, an application UI **10** may include not only item links but also links to dossier UIs **16**, **17**. When an application UI **10** is being displayed, the dossier view module **46** may be operable to determine at **98** whether or not a link to a dossier UI **16**, **17** has been selected. If so, the dossier view module **46** navigates to the dossier UI **16**, **17** displayed at **86** or **90**. If a link to a dossier UI **16**, **17** has not be selected, the dossier view module **46** may be operable to determine whether or not an item link has been selected at **100**. If so, the associated item UI **14** may be displayed at **102**. As discussed above, an item UI **14** may include not only links to dossier UIs **16**, **17**, but also item links. The dossier view module **46** may be operable to determine at **104** whether or not a dossier link has been selected. If so, navigation may proceed to the dossier UI **16**, **17** displayed at **86** or **90**. If a dossier link has not been selected, the dossier view module **46** may be operable to determine at **106** whether or not an item link has been selected. If not, the dossier view module **46** may be operable to continue to display the item UI **14** at **102**. If an item link has been selected, the dossier view module **46** may navigate to a different item UI **14** at **108**. It can be appreciated that although not shown in FIG. **4**, an item UI **14** may also include links to application UIs **10** and the dossier view module **46** may be operable to determine whether or not such links have been selected. In this example, it is assumed that navigation from an item UI **14** to an application UI **10** occurs through closing or pivoting back from an item UI **14**.

FIGS. **5** to **21** provide various example screen shots to illustrate navigation flows in the manner shown, for example, in FIG. **1**.

FIG. **5** illustrates an example of a messages inbox UI **120** displaying a number of message items **122**. It can be appreciated that the messages inbox UI **120** may correspond to a single application such as an email inbox, or provide a "unified" inbox for displaying message items **122** for a plurality of media, e.g., email, IMs, text messages, calendar messages, etc. and illustrates an example application UI **10**. In the example shown in FIG. **5**, each message item **122** displayed in the messages inbox UI **120** includes an identifier **124** and a

US 8,503,936 B2

9

message details portion **126**. It can be appreciated that, as shown in FIG. **5**, the message details portion may include various data, such as a name associated with a sender of the message item **122**, a message preview, etc. It can also be appreciated that the identifier **124** may include various items such as an avatar, a medium-specific icon (e.g., IM icon for IMs, envelope for emails, calendar for calendar items, etc.). Moreover, as illustrated in FIG. **5**, the identifier **124** may include multiple elements, in this example, a first identifier **124***a* and a second identifier **124***b*. For example, the first identifier **124***a* may include a medium-specific icon and the second identifier **124***b* may include an icon related to a specific group or event from which the message item **122** was generated. Each message item **122** may therefore have a number of associated attributes that can be linked to other UI elements. For example, by selecting the name indicated in the message details portion **126** of a particular message item **122** may initiate the display of an individual dossier UI **16** associated with the contact corresponding to the selected name, as shown in FIG. **6**.

The individual dossier UI **16** shown in FIG. **6** includes an individual's details portion **132**, a contact individual portion **134** with a number of contact buttons **136** representing corresponding media by which the individual may be contacted, a real-time activity portion **138** including a number of the most recent interactions **140** associated with the individual, a recent activity portion **142** including less recent interactions **144** associated with the individual, a relationship portion **146** identifying the individual's relationship (if any) to the user of the mobile device **32**, a mutual contacts portion **148**, a location identifier **150** for the individual, and a mutual events portion **152**. Each element shown in FIG. **6** may be utilized as a link to an item UI **14**, application UI **10**, or different dossier UI **16**, **17**. It can be appreciated that the elements shown in FIG. **6** are for illustrative purposes only. By way of example, the contact buttons **136** may correspond to voice (phone), IM, email, calendar invites, text messaging, etc. The most recent interactions **140** and less recent interactions **144** may include, without limitation, social networking updates (e.g., posts, comments, messages), voicemails, meetings or appointments, social networking feeds, IMs, emails, text messages, location updates, etc. The relationship portion **146** may include past or current associations between the user of the mobile device **32** and the individual, and the individual's details portion **132** may include contact details pulled from a contact list or address book. As discussed above, the item links displayed in the individual dossier UI **16** may correspond to data items **36** available on the mobile device **32** as well as from any available data source **40** such as a social network infrastructure.

The individual dossier UI **16** may also provide a pivot button **154** for convenient "pivoting" back to the previous UI. In the example shown in FIGS. **5** and **6**, selection of the pivot button **154** would navigate the user back to the messages inbox UI **120**. The pivot button **154** is an optional feature and the user may instead or additionally navigate back to the messages inbox UI **120** by selecting an application UI link, e.g., an icon included in a most recent interaction **140** associated with the message item **122** selected from the messages inbox UI **120** in FIG. **5**. Other user experience elements such as gestures may also be used to initiate a navigation or pivot from one UI to another. For example, as shown in FIG. **6**, a backwardly directed "swipe" gesture **155** may be operable to pivot back to the messages inbox UI **120**. By selecting the application UI link, the pivot button **154**, or performing a swipe gesture **155** as shown in FIG. **6**, dossier view module **46** pivots back to the messages inbox UI **120** as shown in FIG. **7**.

10

In this way, the user is able to pivot to the individual dossier UI **16** for a sender of message item **122** to obtain further context or information associated with the message item **122**. This allows the user to respond to the message item **122** with a better understanding of the context and background of the sender of the message item **122**. In this example, by selecting the message preview portion of the message details **126**, a message UI **160** may be displayed as shown in FIG. **8**. The message UI **160** in this example includes a message header **162** and a message body **164**. The message UI **160** may also include one or more identifiers **168** that correspond to the identifiers **124** listed with the message item **122** in the messages inbox UI **120**. It can be appreciated that the message UI **160** illustrates an example item UI **14**. The user may then select a reply button **166** in the message header **162** to reply to the message item **122**.

An other example navigation flow is illustrated in FIGS. **9-14**. FIG. **9** illustrates a meeting dossier UI **17***a*, which provides an example of a group dossier UI **17**, particularly a dossier UI related to an event or occasion. As discussed above, it can be appreciated that the group dossier UIs **17** may be used to provide a plurality of data items associated with an event associated with a group of individuals, an organized or implicit group of individuals (e.g., family, friends, etc.), or any other grouping that may, in some form, be associated with more than one contact or individual. The meeting dossier UI **17***a* in this example includes a meeting details portion **172**, a contact group portion **174** with a number of contact buttons **176** representing corresponding media by which the meeting invitees/attendees may be contacted, a meeting invitees portion **178** providing invitee identifiers **180** for the meeting invitees and a new invitation button **182** for inviting new invitees, a group discussion portion **184**, and an other data items portion **186**. It can be appreciated that the elements shown in FIG. **9** are for illustrative purposes only. For example, the meeting details portion **172** may include meeting details obtained from a calendar appointment associated with the meeting dossier UI **17***a*. As in FIG. **6**, the contact buttons **176** may correspond to voice (phone or conference), IM, email, calendar invites, text messaging, etc. The group discussion portion **184** may include an ongoing IM conversation, other embedded chat feature, or a unified view of recent messages across several media. The group discussion portion **184** or other data items portion **186** may also include, without limitation, social networking updates (e.g., posts, comments, messages), voicemails, social networking feeds, IMs, emails, text messages, location updates, posted meeting materials, etc. In an example, the user may begin typing in an open text box (not shown) in the group discussion portion **184** and attach a file such as a presentation or other item that the user wishes to share with other meeting attendees. When the user submits a comment and attachment, the group discussion portion **184** may be updated for the meeting dossier UI **17***a* for each meeting invitee/attendee and the attached file may be provided or otherwise accessible through the other data items portion **186**. The other data items portion **186** may include various shared files, e.g., photos, presentations, spreadsheets, documents, etc., that an individual in the group has shared with other members of the group.

After detecting selection of a particular meeting invitee identifier **180** as shown in FIG. **9**, the dossier view module **46** may navigate or pivot to the individual dossier UI **16** for that individual as shown in FIG. **10**. For example, the user may see that a certain individual is attending a meeting and wish to learn more about that individual. By pivoting between the meeting dossier UI **17***a* and the individual dossier UI **16** as shown in FIGS. **9** and **10**, the user may quickly determine

US 8,503,936 B2

**11**

comprehensive information regarding interactions had with that individual. By selecting the mutual event (corresponding to the meeting details **172**) from the mutual events portion **152** in the individual dossier UI **16** or by selecting the pivot button **154** or performing the swipe gesture **155** (if available) as shown in FIG. **10**, the dossier view module **46** can pivot back to the meeting dossier UI **17a** as shown in FIG. **11**. In this example, it may be assumed that the user realized when viewing the individual dossier view **16** in FIG. **10** that another individual should be invited to the meeting. By locating and selecting a discussion item **188** in the group discussion portion **184** in the meeting dossier UI **17a** as shown in FIG. **11**, the dossier view module **46** can navigate directly to a message UI **160** for that discussion item **188**, as shown in FIG. **12**. In this way, the user can quickly jump to the relevant message or item related to the uninvited individual and by selecting the reply button **166** can generate a new message as shown in FIG. **13**, notifying the uninvited individual of the meeting before sending a new invite. Turning now to FIG. **13**, a message reply UI **190** is shown which includes a message body **192** composed by the user to notify the corresponding individual of the meeting and to provide notice that they will send another invite "just in case". After detecting selection of a send button **194**, the dossier view module **46** can pivot back to the meeting dossier UI **17a** as shown in FIG. **14** to enable the new invitation button **182** to be selected. By enabling navigation between item UIs **14** such as the message UI **160** and message reply UI **190** and dossier UIs **16**, **17**, the user can conveniently determine meeting invitees, obtain further details regarding specific invitees, perform a first action to notify an uninvited individual, and perform a second action to invite or re-invite that individual, without having to necessarily navigate into and out of a number of application UIs **10**.

An other example navigation flow is illustrated in FIGS. **15-20**. FIG. **15** illustrates an individual dossier UI **16** and selection of a less recent interaction **144** from the recent activity portion **142**. In this example, after detecting selection of the less recent interaction **144**, an IM conversation UI **200** is displayed by the dossier view module **46** as shown in FIG. **16**. The IM conversation UI **200** is another example of an application UI **10**. The IM conversation UI **200** includes an incoming message **202**, which is another example of an item **12** displayed in an application UI **10**. The incoming message **202** shown in FIG. **16** includes message text comprising a group event link **204**. It can be appreciated that the group event link **204** may be generated by the dossier view engine **48** upon detecting an association between a portion of the incoming message **202** and a group dossier UI **17**. For example, a keyword search of the incoming message **202** identifies that the "group event" mentioned corresponds to an established group dossier UI **17** for that group event. After detecting selection of the group event link **204**, a group event dossier UI **17b** is displayed as shown in FIG. **17**. It can be appreciated that item links, application links, and dossier links can be embedded in any UI element to enable navigation through or pivoting into and out of various UIs.

The group event dossier UI **17b** includes a group event details portion **212** listing the event details (e.g., charity event, time of event, date of event, talent hired for event, etc.), a contact group portion **214** with a number of contact buttons **216** representing corresponding media by which the group members may be contacted, a group members portion **218** providing identifiers **220** for the group members and a new invitation button **222** for inviting new members to the group, a group discussion portion **224**, and an other data items portion **228**. It can be appreciated that the elements shown in FIG. **17** are for illustrative purposes only. As in FIGS. **6** and **9**,

**12**

the contact buttons **216** may correspond to voice (phone or conference), IM, email, calendar invites, text messaging, etc. The group discussion portion **224** may include various discussion items **226**, e.g., from an ongoing IM conversation, other embedded chat feature, or a unified view of recent messages across several media. The group discussion portion **224** and/or other data items portion **228** may also include, without limitation, social networking updates (e.g., posts, comments, messages), voicemails, social networking feeds, IMs, emails, text messages, location updates, posted meeting materials, etc.

In this example, it may be assumed that the group event associated with the group event dossier UI **17b** is a charity event. The charity comprises a website and the website is linked or otherwise mentioned in the group discussion item **226**. After detecting selection of the group discussion item **226**, the dossier view module **46** may initiate a browser UI **230** as shown in FIG. **18** to display the charity's website. In this example, the charity's website displayed by the browser **230** includes a board members portion **232** indicating board members **234** for the charity, and an event details portion **236** related to the group event. By navigating into the browser UI **230** in this way, the user may notice that one of the board members **234** shown on the website is the contact associated with the IM conversation UI **200** shown in FIG. **16**. By selecting the board member **234** as shown in FIG. **18**, the dossier view module **46** may then navigate into an individual dossier UI **16** for that contact as shown in FIG. **19**. In this example, it can be assumed that although the user's contact is a board member of the charity, they are not included in the group associated with the group event dossier UI **17b** shown in FIG. **17**. After detecting a further selection of the less recent interaction **144** as shown in FIG. **19**, the dossier view module **46** may initiate the display of the IM conversation UI **200** as shown in FIG. **20**.

By enabling the user to navigate from the individual dossier UI **16** to the IM conversation UI **200**, to the group event dossier UI **17b**, to a web site for the charity using the browser UI **230**, back to the individual dossier UI **16** and again back to the IM conversation UI **200**, the user can gain insightful context regarding the relationship between the individual and the charity event associated with the group event.

As shown in FIG. **20**, an outgoing message **206** sent to the individual can include a more meaningful reply by enabling the user to mention the board member linkage between the charity and the individual. It can be appreciated that in order to obtain the context provided in the navigation flow illustrated in FIGS. **15-20** using traditional UI flow, the user would be required to navigate between several application UIs **10** and search for relevant items **12** in order to obtain the same context about the charity event and the individual that is on the board of the charity. Such a time consuming and cumbersome navigation may not even be attempting being thus detrimental to the user experience. By providing dossier UIs **16**, **17** and links to application UIs **10**, item UIs **14**, and other dossier UIs **16**, **17**, a convenient and intuitive experience is instead provided.

As discussed above, group dossier UIs **17** can also be generated for groups based on associations between the individuals rather than a single event or meeting. FIG. **21** illustrates an example of a persistent group dossier UI **17c**, which may be generated for groups such as "friends from college", "family members", "sports team", etc. In this example, the persistent group dossier UI **17c** includes a group name portion **240**, which may include other details pertaining to the group; a group members portion **242**, which may include identifiers **244** for each group member (e.g., a photo or ava-

US 8,503,936 B2

13

tar), a recent activity portion **246**, an upcoming events portion **248**, an individuals nearby portion **250**, which may be used to identify members from the group that are geographically nearby; and various communication medium links **252**, e.g., for accessing IM, email, calendar, voice, or other media that can be used to connect or communicate with the other members of the group.

As discussed above, the mobile devices **32** shown in FIG. **2** are for illustrative purposes only. Mobile devices **32** may also interact with other devices. For example, a smart phone mobile device **32** may be tethered or paired with another device. When devices are tethered or paired with each other, often the devices are capable of, for example, displaying an application UI on the device having a large screen size, while using wireless connectivity of one of the devices to communicate via the wireless network **34**. It has also been recognized that the principles discussed herein may also be advantageously applied to tethered or paired devices in order to enable convenient navigation between application UIs **10**, item UIs **14**, and dossier UIs **16**, **17**. By having multiple devices and corresponding displays, multiple UIs can be displayed at the same time while enabling navigation or pivoting between the devices to quickly and conveniently explore interconnected applications **36**, items **12**, and dossier-type collections of items **12**.

FIG. **22** illustrates an example of a tethered configuration, wherein a smart phone **32** is wirelessly tethered to a portable tablet computer **32'**. The smart phone **32** includes a first display **62** and the tablet computer **32'** includes a second display **62'**. As shown in FIG. **22**, the principles discussed above can also be applied to utilize multiple displays **62**, **62'** such that, for example, a dossier UI **16**, **17** can be displayed on the first display **62** while application UIs **10**, **120**, **200** and/or item UIs **14**, **160**, **190**, **230** are displayed on the second display **62'**. In this way, the user experience can be further enhanced by providing multiple views at the same time while navigating and pivoting between UIs to direct a focus for interacting with particular elements.

For example, referring again to the example scenario illustrated in FIGS. **15** to **20**, the individual dossier UI **16** may be displayed on the first display **62** to provide a pivot point or "anchor" for the UI navigation experience. When the user selects the recent activity item **144** as shown in FIG. **15**, the IM conversation UI **200** may be displayed on the second device **62'** and persist until the user closes the UI. In this way, multiple branches from an anchor displayed on the first display **62** can be created. Similarly, selecting the link **204** as shown in FIG. **16** may cause the group event dossier UI **17**b to also be displayed on the second display **62'**, or could move the individual dossier UI **16** to the second display **62'** and display the group event dossier UI **17**b on the first display. This enables a current anchor to be displayed in the same place while updating other display areas as the navigation continues. For example, the browser UI **230** shown in FIG. **18** could also be displayed on the second display **62'** and the UIs rearranged when the user selects the individual dossier UI **16** again. For devices that utilize a touch screen and that enable multiple applications to be both running and displayed at the same time (as illustrated in FIG. **22**), the user is able see a number of UIs at a glance and touch or "tap" through a navigation and pivot between UIs. By enabling, for example, dossier UIs **16**, **17** to be anchored on one of the displays provided by multiple devices, the user can intuitively navigate between UIs and across displays.

It can be appreciated that the examples described above are illustrative only. For example, the principles discussed herein

14

may be applied to other computing devices (individually or in tethered/coupled/paired arrangements) such as PCs, gaming terminals, kiosk displays, etc.

The principles discussed above regarding the amalgamation of UI elements concerning an individual or group (event based or persistent), can also be applied to enhancing other functions provided by a mobile device **32**, such for displaying enhanced caller ID information.

FIG. **23** illustrates an example configuration for a mobile device **32** that is operable to receive a phone call, hereinafter also referred to as a "called device". At stage **1**, incoming call data **254** is received via the communication subsystem **44** and detected by a caller ID module **256**. In the example shown in FIG. **23**, the incoming call data **254** includes at least some information or data identifying the caller or that can be used to identify the caller (hereinafter referred to as an identifier (ID) for clarity). The caller ID module **256** may use the ID to provide an indication of the caller to the dossier view module **46** in stage **2**. By providing such an indication, the dossier view module **46** can determine if an individual dossier UI **16** or a group dossier UI **17** exists or can be created that is relevant to or associated with the caller. For example, if the caller corresponds to a stored contact, an individual dossier UI **16** for that contact may be fetched or generated. It can be appreciated that if the caller is part of a group having an associated group dossier UI **17**, and/or the incoming call relates to a conference call (discussed further below), the dossier view module **46** may also (or instead) provide such a group dossier UI **17**. It can also be appreciated that an existing dossier UI **16**, **17** may also be modified or otherwise tailored for use in providing enhanced caller ID. Similarly, customized dossier UIs may also be generated for enhanced caller ID, e.g., to provide fewer elements than a dossier UI **16**, **17** displayed when not on a call. In this way, a few relatively easy to read elements can be displayed to enable a quick review of the elements to make a decision while deciding whether or not to accept the incoming call while providing more detailed information at other times. Moreover, the elements of the dossier UI being used may be modified depending on a categorization of the caller, e.g., business contact versus personal contact. In the example shown in FIG. **23**, it is assumed that an individual dossier UI **16** for the caller is located or generated by the dossier view module **46** and provided to the caller ID module **256** at stage **3**.

By obtaining the individual dossier UI **16** at stage **3**, the caller ID module **256** can provide enhanced caller ID information at stage **4** by displaying an enhanced caller ID UI **16'** that includes or incorporates at least some of the elements provided in the individual dossier UI **16**, along with at least one option for connecting the call as described below. In the example shown in FIG. **23** it is assumed that the user answers the incoming call at stage **5** by providing an input using the display **62** (e.g., by selecting a touch-sensitive display screen) or another input device **258** such as a voice recognition module (not shown), track pad other key or button, etc. After the call has been answered by the recipient, and the call is connected, the caller ID module **256** may be operable to replace the enhanced caller ID UI **16'** with a call screen **260** in order to provide various call details and call options as described further below. It can be appreciated that the call screen **260** may also be a modification of the enhanced caller ID UI **16'**, wherein any incoming call data or options (e.g., "answer" or "ignore" buttons) are replaced with such call details and options while retaining the portions of the individual dossier UI **16** provided with the enhanced caller ID UI **16'**.

Gathering information concerning the caller, such as by accessing a dossier UI **16**, **17**, or having a dossier UI **16**, **17**

US 8,503,936 B2

15

generated as described herein, enables the caller ID module 256 to provide additional context regarding the caller along with various other available data associated with the caller. In this way, the user may have immediate access to relevant details and information to increase productivity during the call, make the call more meaningful and otherwise enhance the overall call experience.

In addition to providing enhanced caller ID information on the called device, as discussed above, the called device 32 may also be tethered to or paired to another device such as a tablet computer (e.g., as shown in FIG. 22), hereinafter a paired device 32'. FIG. 24 illustrates an example of a configuration for a called device 32 and a paired device 32' operable to display enhanced caller ID information using both devices 32, 32'. As can be appreciated from FIG. 24, stages 1, 2 and 3 may be performed in a manner similar to those shown in FIG. 23 and described above. However, after obtaining an individual dossier UI 16 for the caller in stage 3, the called device 32 in this example determines that the called device 32 is paired to another device, namely the paired device 32'. Since the called device 32 is paired to paired device 32', the called device 32 may provide the individual dossier UI 16, or data enabling creation of the individual dossier UI 16, to the paired device 32'. At stage 4, the caller ID module 256 in this example, in addition to displaying an enhanced caller ID UI 16' at stage 4a as described above, provides the individual dossier UI 16 or data enabling the creation thereof to the paired device 32' at stage 4b using a short-range communications subsystem 262. It can be appreciated that the short-range communications subsystem 262 may generally represent any communicable connection between the called device 32 and the paired device 32', including both wired connections (e.g., a Universal Serial Bus (USB) cable) and wireless connections (e.g., Bluetooth, Wi-Fi, infrared, etc.).

As shown in FIG. 24, the paired device 32' may also have a caller ID module 256' operable to communicate with the caller ID module 256 on the called device 32 in order to receive the individual dossier UI 16 via a short-range communications subsystem 262' of the paired device 32'. The caller ID module 256' on the paired device 32' may then display the individual dossier UI 16 at stage 4c using a display module 62'. It can be appreciated that by sending data from the called device 32 to the paired device 32', e.g., an individual dossier UI 16, the recipient of the call may take advantage of the second display 62' provided by the paired device 32'. In scenarios wherein the paired device 32' has a relatively larger display 62' when compared to that of the called device 32, not only is enhanced caller ID information provided, but the recipient can conveniently view and interact with information concerning the caller to enhance the overall experience. In addition, by enabling pivoting between dossier UIs 16, 17, application UIs 10, and item UIs 14 as described above, the enhanced caller ID UI 16' can be used as an entry point into a interconnected domain associated with the caller, while currently communicating with that caller. In scenarios wherein the paired device 32' has access to the wireless network 34, an identifier or other data may be sent from the called device 32 to the paired device 32' to have the paired device 32' access at least some data to be used in displaying a dossier UI 16, 17 on the paired device 32', from a source accessible via the wireless network 34. This access enables the paired device 32' to offload at least some processing and relieve bandwidth burden on the called device 32. Moreover, by utilizing a connection available on the paired device 32', at least some data transfer between the devices 32, 32' can be avoided. For example, the caller ID module 256' on the paired device 32' may be operable to access the Internet over a

16

communication subsystem (not shown) on the paired device 32' and incorporate elements obtained from the Internet into the dossier UI 16, 17 or data related thereto in generating an output to be displayed on the display 62'.

Similar to the example shown in FIG. 23, as shown in FIG. 24, it may be assumed that the user answers the incoming call at stage 5 by providing an input using the display 62 or another input device 258 and the call screen 260 may be displayed at stage 6. FIG. 24 also illustrates that the individual dossier UI 16 displayed by the paired device 32' may also be interacted with at stage 7, e.g., to navigate from the individual dossier UI 16 to other dossier UIs 16, 17, application UIs 10 and item UIs 14 as described above.

FIG. 25 illustrates a called device 32 communicable with a paired device 32' at the time of receiving an incoming call at the called device 32. The called device 32 in this example displays an enhanced caller ID UI 16' that includes an answer button 264 to accept the incoming call and an ignore button 266 to ignore or otherwise reject or silence the incoming call. It can be appreciated that existing "answer" or "ignore" buttons or keys on the called device 32 may also be used to accept or reject an incoming call, in addition to, or instead of, the answer button 264 and ignore button 266 shown in FIG. 25. At the same time as displaying the enhanced caller ID UI 16' on the called device 32, the paired device 32' displays the individual dossier UI 16 to provide additional information related to the caller on a relatively larger display 62' while enabling the user to conveniently explore and navigate through the additional information, e.g., to determine whether or not to answer the call by selecting the answer button 264 or to recall details associated with the caller. In addition to recognizing the caller, further context can be provided to better prepare the user for the call. Since phone calls are active rather than passive, such preparation and context can be particularly advantageous.

FIG. 26 illustrates the called device 32 and the paired device 32' during a call. The called device 32 in this example displays a call screen 260 that includes an end call button 268 to enable the user to terminate the ongoing call. During the call, the paired device 32' continues to display the individual dossier UI 16 and thus provides additional information related to the caller on a relatively larger display 62' during the call. In the example shown in FIG. 26, it can be seen that during the call, the user may interact with the individual dossier UI 16 using the paired device 32' to conveniently explore and navigate through the additional information related to the caller, while simultaneously conversing with the caller using the called device 32.

FIG. 27 illustrates the called device 32 and the paired device 32' after a call ends. The called device 32 in this example displays the individual dossier UI 16 or a modified individual dossier UI 16" (e.g., reduced or truncated version of the individual dossier UI 16). In this way, the user may follow up using another communication medium, explore further details and information related to the caller, etc. As shown in FIG. 27, the paired device 32' may continue to display the individual dossier UI 16 after the call ends, or may automatically close the individual dossier UI 16 in favor of displaying individual dossier UI 16 on the called device 32, e.g., if the called device 32 is a primary communication device.

Turning now to FIG. 28, an example set of computer executable operations is shown that may be executed by the called device 32 in providing enhanced caller ID. At 270, the caller ID module 256 detects incoming call data 254 and determines an ID indicative of the caller and/or group or event associated with the caller. The ID may then be used, at 272, to

US 8,503,936 B2

17

determine from the dossier view module **46** if at least one corresponding dossier UI **16**, **17** exists or can be generated. For example, the caller may be an existing contact or a member of an existing group and a dossier UI **16**, **17** may exist or be readily generated. Alternatively, it can be appreciated that data accessible to the recipient of the call that is related to the caller may also be accessed in order to generate at least a partial individual dossier UI **16** (e.g., social networking profiles, web pages, etc.). It can be appreciated that data accessible to the recipient and related to the caller may include both publicly available data and data that requires a credential or association or connection between the recipient and the caller. For example, a social networking connection may enable the recipient to utilize a credential associated with the social network to access data related to the caller that would otherwise not be publicly available. The caller ID module **356** determines, at **274**, whether or not at least one dossier UI **16**, **17** can be obtained that is associated with the caller. If not, an incoming call UI, including available data such as phone number and/or name may be displayed, at **276**.

If at least one dossier UI **16**, **17** can be obtained, the caller ID module **256** determines at **278** whether or not the called device **32** is paired to another device, e.g., the paired device **32'** shown in FIGS. **25-27**. If the called device **32** is paired to a paired device **32'**, data that enables the paired device **32'** to display the at least one dossier UI **16**, **17** associated with the caller may be sent to the paired device **32'**, at **280**. It can be appreciated that the data sent, at **280**, may be the dossier UI(s) **16**, **17** or any data or information that enables the paired device **32'** to generate an equivalent or similar UI. Whether or not the called device **32** is currently paired, the caller ID module **256**, in this example, displays the enhanced caller ID UI **16'**, at **282**, which provides both enhanced caller ID information (e.g., by using at least some elements of a dossier UI **16**, **17**) and options to accept or ignore/reject the call. As discussed above, the elements of an existing dossier UI **16**, **17**, or a dossier UI **16**, **17** generated for displaying enhanced caller ID information may be adjusted according to a categorization of the caller. For example, a business contact may cause elements related to business activities to be displayed (e.g., business title, calendar appointments, etc.), whereas a call from a personal contact such as a friend may cause personal or social elements to be displayed. It can be appreciated that different categorizations for the same contact may be implemented, e.g., at different times of the day. In this way, business activities related to a co-worker friend may be displayed during working hours whereas social elements and activities displayed after work hours.

The caller ID module **256** determines, at **284**, whether or not the call is answered. If the call is ignored, rejected, or otherwise not answered, the call is ended or otherwise not connected at **292**. If the call is answered, the caller ID module **256** displays the call screen **260**, at **286**, to provide call details and call options as discussed above. The caller ID module **256** determines, at **288**, whether or not the connected and ongoing call has ended. If the call has not yet ended, the call screen **260** may continue to be displayed at **286**. Once the call has ended, an end of call message may be sent to the paired device **32'**, at **290**, if applicable for the particular call, and the call ends, at **292**.

FIG. **29** illustrates an example set of computer executable operations that may be executed by the paired device **32'** in displaying one or more dossier UIs **16**, **17** to complement or "take over" or "hand off" displaying the enhanced caller ID information to the paired device **32'**. At **294** the caller ID module **256'** on the paired device **32'** receives data for at least one dossier UI **16**, **17** via the short-range communications

18

subsystem **262'**. The dossier UI(s) **16**, **17** is displayed, at **296**, e.g., for the duration of the call. In this example, the paired device **32'** is notified by the called device **32** of the end of the call and the caller ID module **256'** thus detects the end of call, at **298**. It can be appreciated that the dossier UI(s) **16**, **17** may instead be displayed upon receipt of the data at **294** and persist until closed or terminated by the user. It can also be appreciated that data in a dossier UI **16**, **17** may be updated during the course of a call, e.g., if new events or related data are detected during the call.

After detecting the end of the call, at **298**, the caller ID module **256'** in this example determines, at **300**, if the user should be prompted to keep the dossier UI(s) **16**, **17** open or not. If a prompt is to be provided, the prompt is displayed, at **302**, and the caller ID module **256'** determines, at **304**, whether or not a selection from the prompt instructs the paired device **32'** to keep the dossier UI(s) **16**, **17** open, e.g., to further interact therewith. If the dossier UI(s) **16**, **17** are to be kept open control may return to **296**. If the dossier UI(s) **16**, **17** are not to be kept open, the dossier UI(s) **16**, **17** may be closed, at **306**. It can be appreciated that instead of prompting the user whether or not to keep the dossier UI(s) **16**, **17** open, the caller ID module **256'** may be operable to either automatically keep the dossier UI(s) **16**, **17** open or automatically close them. In this example, the caller ID module **256'** in the absence of using a prompt, determines at **308** whether or not the dossier UI(s) **16**, **17** should be automatically kept open. If not, the dossier UI(s) **16**, **17** are closed, at **306**. If the dossier UI(s) **16**, **17** are to be automatically kept open, the caller ID module **256** may continue to display the dossier UI(s) **16**, **17**, at **296**.

FIGS. **30** and **31** illustrate example screen shots of an enhanced caller ID UI **16'** and an individual dossier UI **16** displayed by the called device **32** and paired device **32'** respectively at the time of the called device **32** receiving a new incoming call. The enhanced caller ID UI **16'**, in this example, includes a name and other details portion **312** for displaying the caller's name, title, company, etc.; a photo portion **314** for displaying a photo of the caller, if available; a mutual activities portion **316** for displaying activities common to the recipient and the caller; a recent activities portion **318** for displaying recent activities of the caller; a mutual connections portion **320** for displaying contacts or other individuals that can be related to both the recipient and the caller; and the answer button **264** and ignore button **266** described above. It can be appreciated that the items shown in the enhanced caller ID UI **16'** in FIG. **30** are purely illustrative. For example, user profiles or preferences, IT policies, or other criteria may be relied upon to select from various items that may be displayed in the enhanced dossier UI **16'**. It can also be appreciated that although the example discussed herein show generating the enhanced caller ID UI **16'** from a dossier UI **16**, **17**, any item related to the caller may be incorporated into the enhance caller ID UI **16'** without departing from the principles discussed herein.

It can be seen that in this example, not only can the paired device **32'**, having a relatively larger display size, display greater detail from each portion shown in FIG. **30** (wherein similar portions are shown in FIG. **31** using a 0 for clarity), additional items may also be displayed. For example, as shown in FIG. **31**, various links to communication media **332** may be displayed in the individual dossier UI **16**, as well as a mutual groups portion **334** providing links or access to groups common to both the recipient and the caller, both event based and persistent. It can be appreciated that the items provided in the individual dossier UI **16** shown in FIG. **31** can be inter-

US 8,503,936 B2

19

acted with to navigate to, or pivot back and forth from, other dossier UIs **16**, **17**, item UIs **14**, and application UIs **10** as discussed above.

FIGS. **32** and **33** illustrate example screen shots of a call screen UI **260** displayed by the called device **32** and an individual dossier UI **16** displayed by the paired device **32'** respectively during a call connected at the called device **32**. In this example, the call screen UI **260** retains a name and other details portion **312"**, a photo portion **314"**, and a mutual activities portion **316"** and includes a call data portion **336** (e.g., length of call, status of call, etc.), a call options portion **338** (e.g., speaker phone, mute, hold, add participant, keypad, calendar, etc.), and the end call button **268** discussed above. As shown in FIG. **33**, the paired device **32'** may continue to display the same individual dossier UI **16** during the call. However, it can be appreciated that during the call, the user may interact with the individual dossier UI **16** to navigate to, or pivot back and forth from, other dossier UIs **16**, **17**, item UIs **14**, and application UIs **10** as discussed above.

FIG. **34** illustrates an example screen shot displayed by a paired device **32'** including a prompt **342** displayed by the paired device **32'** after a call ends. Providing a prompt **342** as shown in FIG. **34** enables the caller ID module **256'** on the paired device **32'** to provide an option to the user to keep the dossier UI(s) **16**, **17** displayed during the call open, or to close the dossier UI(s) **16**, **17**. The prompt **342** in this example includes a first option **344** to enable the user to have the paired device **32'** keep the dossier UI(s) **16**, **17** open, a second option **346** to enable the user to have the called device **32** display the dossier UI(s) **16**, **17**, and a third option to have the dossier UI(s) **16**, **17** closed on either or both the called device **32** and the paired device **32'**. It can be appreciated that the prompt shown in FIG. **34** is for illustrative purposes only and is entirely optional. For example, the dossier UI **16**, **17** displayed by the paired device **32'** may automatically persist after a call ends in the background such that the dossier UI **16**, **17** is available for further navigation or may be closed by the user of the paired device **32'**. Similarly, the options shown in the prompt **342** may also be included in the dossier UI **16**, **17** after the call.

As discussed above, in addition to enhancing a call by displaying individual dossier UIs **16** related to the caller, group dossier UIs **17** may also be displayed to provide enhanced caller ID for a conference call or other multi-participant call. Displaying an associated group dossier UI **17** may therefore provide additional context for the conference or group call. Additionally, multiple individual dossier UIs **16** for multiple call attendees may also be displayed on either or both the called device **32** and the paired device **32'**. For example, the incoming call may be detectable as a conference call (e.g., using an ID in the incoming call data **254**, a group or calendar event, etc.) and individual dossier UIs **16** obtained for each call attendees, as well as a group dossier UI **17** for the meeting associated with the conference call, if available. The group dossier UI **17** may then be displayed on the called device **32** and the group dossier UI **17** and the individual dossier UIs **16** displayable on the paired device **32'**.

Turning now to FIG. **35**, an example configuration is shown for a called device **32** to obtain multiple individual dossier UIs **16** and/or at least one group dossier UI **17** to enhance context for a conference or group call and to provide enhanced caller ID information. In the example shown in FIG. **35**, incoming call data **254** includes an ID that is associated with any one or more of at least one call attendee (e.g., the caller), a calling service (e.g., when arranging a conference call), and a group or event associated with the call. The ID may then be used at stage **2** to determine if there is an

20

associated group or event, e.g., by accessing or otherwise communicating with a calendar application **350**, group application **352**, etc. By accessing other applications, not only can the caller ID module **256** provide context for the caller, the caller ID module **256** can determine relevant groups or associations, events such as meetings, and call attendees that are likely part of or going to be part of the call. The ID sent to the dossier view module **46** may therefore include identifying information related to one or more individuals and one or more groups such that at stage **4**, multiple individual and group dossier UIs **16**, **17** or data related thereto may be provided to the caller ID module **256**. An enhanced caller ID UI **17'** displayed in stage **5**a on the called device **32** may therefore include details of the conference or group call such as event or group details It the example shown in FIG. **35**, it may be assumed that the called device **32** is paired to a paired device **32'** and thus multiple individual and group dossier UIs **16**, **17** may be sent to the paired device in stage **5**b. It may also be assumed in the example shown in FIG. **35** that the call is answered at stage **6** and a call screen **260** displayed at stage **7**.

FIG. **36** illustrates an example wherein the paired device **32'** displays a group dossier UI **17** and multiple individual dossier UIs **16**. For example, by detecting that the incoming call to be identified using the enhanced caller ID UI **17'** on the called device **32** relates to a conference call with multiple attendees, a group dossier UI **17** for the meeting may be displayed on the paired device **32'** along with individual dossier UIs **16** for each attendee.

Rather than automatically displaying all available dossier UIs **16**, **17** on the paired device **32'**, as shown in FIG. **37**, a call attendees list **354** may be displayed enabling the user to select one or more dossier UIs **16**, **17** associated with the call. In the example shown in FIG. **37**, a pair of attendees buttons **356** are displayed with a meeting button **358** to enable the dossier UIs **16**, **17** shown in FIG. **36** to be selectively displayed rather than automatically. It can be appreciated that the call attendees list **354** and buttons **356**, **358** shown in FIG. **37** are illustrative only and various other navigational elements may be used in other examples.

Turning now to FIG. **38**, an example set of computer executable instructions is shown that may be performed by the caller ID module **256** on the called device **32** in determining how many, if any, dossier UIs **16**, **17** are to be sent to the paired device **32'**. At **360**, the ID is used to determine if a group or event exists, e.g., by accessing or querying other applications such as the calendar application **350** and group application **352** shown in FIG. **35**. Based on such a determination, the ID that is provided to the dossier view module **46** for fetching or generating corresponding dossier UIs **16**, **17** may be updated, at **362**, to include group or event data, including indications of other potential call attendees. The ID is used by the dossier view module **46** to determine the associated individual and/or group dossier UIs **16**, **17**, at **364**, such that the dossier UI(s) **16**, **17** may be fetched or generated and provided to the caller ID module **256**, at **366**.

In addition to providing enhanced caller ID information for incoming calls, the caller ID module **256** may also be operable to obtain and display dossier UIs **16**, **17** on the called device **32** and/or the paired device **32'**, for outgoing calls. FIG. **39** illustrates an example set of operations that may be performed by the caller ID module **256** for an outgoing call. At **370**, the caller ID module **256** detects an outgoing call and uses call details to determine, at **372**, if corresponding dossier UI(s) **16**, **17** is/are available and relevant to the outgoing call. For example, the called number or other contact list details may be used to determine who the recipient of the call is such that an individual dossier UI **16** can be displayed, e.g., using

US 8,503,936 B2

21

the paired device **32'** to enhance the caller's context regarding the individual being called. In another example, a conference call-in number may be selected from a link in a calendar meeting whereupon a group dossier UI **17** for that meeting is displayed on the paired device **32'**. As shown in FIG. **39**, after determining which if any dossier UIs **16**, **17** are relevant to the outgoing call, the caller ID module **256** may operate, for example, according to operations **274-292**, described above.

The principles discussed above regarding the amalgamation of UI elements concerning an individual or group (event based or persistent), can also be incorporated into electronic groups that are created, modified, and deleted on or by a mobile device **32**, including groups containing members that utilize other types of devices.

FIG. **40** illustrates an example of a group **400** including, in this example, four members **401**. Each group member **401** may access at least one communication network **409** using one or more devices **407**. Access to the networks **409** enables the group members **401** to communicate with each other using various devices **407** available to the group members **401**. Group memberships and data and information associated with the group **400** may be stored in a cloud computing infrastructure **404** accessible via the networks **409**. The cloud computing infrastructure **404** includes a group server **402** and group database **406** to enable group members **401** and their respective devices **407** to determine which individuals are in a particular group in order to leverage the capabilities of the device **407** currently being used to create a group experience. For example, messaging capabilities on a mobile device **32** can be leveraged when accessing and communicating with a group **400** using a mobile device **32**, whereas fewer bandwidth constraints can be leveraged when accessing and communicating with the group **400** using a desktop computer.

It can be appreciated that when a group member **401** uses a mobile device **32**, information on the mobile device **32** can be used to supplement information from the group server **402** and group database **306**. In this way, particular devices **407** used by the group members **401** can enhance the group experience when compared to other devices **407**. For example, a group member **401** using a mobile device **32** may have a better experience than when using a PC or other devices, since the mobile device **32** may have access to additional group member information such as location, calendar information, memos, photos, messages, etc., which may be combined with information returned from the group server **402** and group database **406** to provide individual group members **401** with a more complete and integrated view of the group members **401** and their activity.

The devices **407** capable of accessing the communication networks **409** may therefore include mobile devices **32**, and other electronic devices **408** such as a desktop computer, kiosk, smart home system, etc. In the example shown in FIG. **40**, group member A is configured to access the internet **410** via a network access point **412** in communication with a first device **408**, Device A**1**. Group member A may also access a wireless network **34** using a mobile device **32**, Device A**2**. Both communication channels enable group member A to determine the membership of the group **400** and related information, by accessing the group server **402** and group database **406**. The cloud computing infrastructure **404** retains enough group data to enable a member **401** to generate a user interface and user experience on the particular device **407** being used, without having to store all relevant group data. For example, when accessing the group server **402** using a mobile device **32**, the mobile device **32** can use the membership of the group as specified by the group server **402** to generate a group dossier UI **17** and leverage data and communication

22

capabilities available on the mobile device **32**. It can be appreciated that Devices B, C, and D are shown for illustrative purposes only and may represent any one or more devices **407** utilized by group members B, C, and D respectively.

The devices **407** may communicate with each other via the networks **409** in performing group operations such as sharing data, sharing calendar events, sharing media items (e.g., pictures, videos, documents, etc.), messaging with each other, sharing tasks or lists of items, etc. It can be appreciated that the group **400** may be facilitated by a server located in a network or other infrastructure (not shown) or may be maintained by each device **407** in a "serverless" configuration wherein the devices **407** share, update, and maintain common data in local databases.

In one example, the group server **402** may be the same server used in facilitating group operations, or may be a server that is used independent of any service that supports the group **400**. For example, the group **400** may be supported by a server or other component of a wireless network infrastructure (e.g., wireless router or relay) whereas the group server **402** is provided and maintained by a separate service within the cloud computing infrastructure **404**, e.g., a web-based service accessible to the networks **409**.

By maintaining the group database **406** in the cloud computing infrastructure **404**, group data and group activities can be monitored and contributed to by group members **401** using multiple devices **407** and device types. It can be appreciated that shifting or copying group data (e.g., changing group membership) to the cloud computing infrastructure **404** facilitates a more seamless group experience by enabling a user to participate in the group using multiple and different devices **407** while being able to leverage capabilities and advantages provided by such different devices **407**.

FIG. **41** illustrates an example of a configuration for a mobile device **32** that includes a group module **420** for group operations and enables a group member **401** to leverage the capabilities of the mobile device **32** when participating in the group, e.g., by generating dossier UIs **16** for other group members **401**. The group module **420** in this example is shown as being independent of a group application **424** for illustrative purposes only and may instead be an integral portion of the group application **424**. The group module **420** is communicable with the dossier view module **46** described above, to enable group dossier UIs **17** to be created, updated, and deleted from groups established via the group module **420** and/or group application **424**. The group module **420** is operable to send and receive group data **426** using a communication subsystem **44** of the mobile device **32** and includes or otherwise has access to a local copy or version of the group database **406** for maintaining and/or synchronizing group data **426**. The group module **420** also enables a group UI **428** to be displayed using a display **62** of the mobile device **32**. It can be appreciated that the group UI **428** may also be displayed by the dossier view module **46** and/or group application **424**.

The group module **420** is operable to automatically create new groups based on events such as detecting proximity with at least one contact, frequent messaging between contacts, common calendar events with other contacts, common media content being consumed, etc. Such new groups may be short lived or ephemeral, based on a detectable duration of the event that triggered creation of the group **400**, or may be longer term, e.g., based on a registration, membership, or other change in status with respect to an organization or group of individuals. Examples of relatively longer term groups include, without limitation, "friends from college", "family members", "hockey friends", "church friends", etc. Create

US 8,503,936 B2

23

group instructions 430 may be generated by the group module 420 and provided to the group application 424 or dossier view module 46 to enable new groups 400 to be created. For example, detecting that at least one contact in an address book or contact list is proximate to the mobile device 32 may trigger the creation of a new group 400 wherein a group dossier UI 17 is also generated to pull in data and information that is available with respect to the group members. At the same time, an existing group application 424 such as a group component of an instant messaging application, may also be created for the purpose of enabling messaging between group members. Group creation instructions 430 may be generated in response to user input, external data, or by detecting other events, such as proximate locations. For example, the group module 420 may be operable to obtain location information for contacts of the user of the mobile device 32 and compare the location information to a current location of the mobile device 32. The current location of the mobile device 32 may be obtained in various ways, e.g., by accessing a global positioning system (GPS) receiver 421 of the mobile device 32. Another example of detecting an event includes determining that the user has been regularly emailing the same group about a particular topic (e.g., upcoming meetings, concerts, hockey games, etc.). Yet another example of detecting an event includes determining that the user regularly schedules conference calls with the same (or similar) group of individuals (e.g., a collection of staff at work). Group creation instructions 430 based on external data or events detectable by the mobile device 32 may therefore include various detectable correlations, associations, linkages, etc., between collections of users or contacts.

Modify group instructions 432 may also be generated by the group module 420 and provided to the group application 424 and/or dossier view module 46 for adding or removing members, deleting the group 400, removing the mobile device 32 from a group 400 that will persist, etc.

Tasks may be created in association with a group 400 and those tasks assigned to one or more members of the group 400. For example, a group 400 that is formed based on a detected calendar event for a meeting may enable tasks leading up to the meeting to be created. A new task may be created by interacting with the mobile device 32 and the group UI 428, e.g., by interacting with the display 62 and/or other input device 258 such as a keyboard. Task data 434 is generated for creating a new task, modifying an existing task, deleting or completing a task, and performing other operations associated with a group task.

The group module 420 can automatically generate a new group 400 based on various detectable events. For example, detecting that one or more contacts is/are within a predetermined distance of the current location of the mobile device 32 may cause an automatic group 400 including those contacts to be formed. FIG. 42 illustrates a location-based group UI 450 for displaying a map 452 showing a current location 454 for the mobile device 32 and friend locations 456 of those contacts within a predetermined distance from the mobile device 32. The location-based group UI 450 may be created automatically when at least one contact is within the predetermined distance and invite others to join as contacts are detected within this range. The location-based group UI 450 in this example provides a group dossier view for the members of the newly formed group 400. A communication media portion 458 is provided which includes a number of communication media 460 that may be used to contact the contacts in the group 400. For example, a phone icon, IM icon, and email icon may be displayed to enable the respective communication media to be used to get in touch with the group members.

24

Messaging groups may be automatically formed, e.g., by accessing a group application 424 and creating a new group within that group application 424. A group activity portion 462 can be used to display various types of group activity, including recent messages in a related messaging group. A related data portion 464 may also be included for displaying other data and information pulled from other sources. For example, the related data portion 464 may include the same information as the recent activity portion 142 of an individual dossier UI 16 (see FIG. 10) but may include a combined collection of recent activities for all group members.

The group 400 formed based on the proximity of various contact as shown in FIG. 42 may be automatically deleted as the proximity of the contacts disappears. FIG. 43 illustrates a group update UI 466 in which a group update message 468 is displayed indicating that "Bob" has left the area and is no longer in the group 400. It can be appreciated that similar group updates 466 may be displayed as other members leave the area defining the location-based group, until the group no longer exists, at which time the group can be deleted.

Similar UIs may be generated automatically based on other events. For example, detecting that the user of the mobile device 32 has created or accepted an invitation to a meeting or appointment can trigger the group module 420 to create a new group and group dossier UI 17 related to the calendar event as discussed above.

FIG. 44 illustrates a car pool group UI 472 that has been generated for a longer term group. The car pool group UI 472 is, in the example shown in FIG. 44, generated as a group dossier UI 17 and includes a photo 474 or other identifier for the group, a group name 476, a car pool schedule 478, and a number of group operation buttons 480. The car pool group UI 472 also includes an identifier 484 for each group member, a recent activity portion 486 (e.g., combined recent activity for all group members), and an upcoming events portion 488. By selecting a group member identifier 484, the group module 420 may initiate a pivot to an individual dossier UI 16 for the associated member. Of the group operation buttons 480 is a task button 482. By selecting the task button 482 as shown in FIG. 44, a group task UI 490 is displayed, as shown in FIG. 45. The group task UI 490 includes a member selection mechanism 492 for selecting a particular member to assign the task to, and a group selection box 494 for assigning the task group wide. The group task UI 490 also includes a date selection button 496 for assigning a date for completing the task, and a task name box 498 for assigning a task name. By selecting a create button 500, the task may be generated. By selecting a cancel button 502, the task creation operation may be aborted.

After a new task has been created using the group task UI 490, a task list portion 504 is created in the car pool group UI 472 as shown in FIG. 46. It can be appreciated that by enabling tasks to be created in the manner shown in FIGS. 44 to 46, group dossier UIs 17, group applications 424, group database 406 in the mobile devices 32 of the group members and in the cloud computing infrastructure 404 can be updated in concert to allow other members to view the tasks, be assigned to tasks, and to access and view tasks from other electronic devices 408. In this way, group interactions can propagate throughout a social network and become part of the UIs between which a user can pivot and with which the user can interact as discussed herein.

As discussed above, it can be appreciated that a car pool group is only one example of a group 400. For example, groups of friends, family members, co-workers, teams, committees, etc., may also be formed according to the principles discussed herein.

US 8,503,936 B2

25

It can also be appreciated that location-based groups as illustrated in FIGS. **42-46** are only one example of a type of group. For example, groups may be formed based on various other associations such as frequent messaging, common interests, common memberships or organizations, etc.

FIG. **47** illustrates example computer executable operations that may be performed in creating a new location-based group **400**. At **510**, a first member associated with a first mobile device **32** (hereinafter Member A) detects that a second member associated with a second mobile device **32** (hereinafter Member B) is within range. Similarly, Member B also detects that Member A is within range, at **512**, assuming both mobile devices **32** are currently sharing location data. Member A automatically creates the new group **400** at **514**, and Member B automatically creates the new group **400** at **516**. In this example, Member B sends group data **426** to the group server **402** in the cloud computing infrastructure **404** at **518**. However it can be appreciated that Member A may also send group data to the group server **402** to enable the group server **402** to receive the group data **426** for the new group, at **520**, and create the new group, at **524**. It can be appreciated that, as shown in dashed lines in FIG. **47**, the group server **402** may also create the new group, at **522**, at the same time as Member A and Member B, e.g., if the group server **402** is privy to the event causing Member A and Member B to create the new group.

Once the group server **402** has created the new group **400** that has been automatically created by Member A and Member B, the group server **402** can provide access to the group data **426**, at **526**, to enable other electronic devices **408** accessing a group application, at **528**, to access the group data **426** from "the cloud," at **530**. Since the group server **402** has been provided with the group data **426** associated with the new group, the electronic device **408** can be used to perform a group operation, at **532**, and have group data sent, at **534**, to the group server **402** and member devices **32** to be received at **536**, **538**, **540**. It can be appreciated that as shown in FIG. **47**, the electronic device **408** may be operable to send the group data directly to both the group server **402** and the member mobile devices **32** or may have the group server **402** send the group data **426** on behalf of the electronic device **408**.

Providing access to the group server **402** for electronic devices **408** enables users to more conveniently interact with groups using multiple "entry points". For example, a user with a mobile device **32** may be automatically added to a new group while stationary at work, when friends are detected close by. Instead of only being able to interact with the new group using their mobile device **32**, by accessing the group server **402** using another electronic device **408** such as their desktop computer, group operations can be seamlessly performed regardless of the device being used. This access provided to the electronic device **408**, in addition to sharing of group data **426** between tethered devices (e.g., as discussed above), enables a single user to participate in a group using multiple devices in a convenient manner.

FIG. **48** illustrates example computer executable operations that may be performed in removing a member from a location-based electronic group. Member A detects that Member B is out of range, at **542**, and Member B likewise detects that Member A is out of range, at **544**, assuming the mobile devices **32** are sharing location information. In the example showing in FIG. **48**, it may be assumed that there is at least one additional member in the group and thus Member A remains in the group while Member B is removed from the group by Member A, at **546**. Member B then deletes the group and group data **426**, at **548**. Member A sends group data **426** to the cloud, at **550**, indicative of the removal of Member B

26

from the group, which is received by the group server **402**, at **552**, and the group membership updated, at **556** and access permissions adjusted, at **558**, e.g., to prevent Member B from having further access to the group database **406**. It can be appreciated that, as shown in dashed lines in FIG. **48**, the group server **402** may also update the group membership, at **554**, at the same time as Member B deletes the group, at **548**, e.g., if the group server **402** is privy to this operation.

FIG. **49** illustrates example computer executable operations that may be performed in enabling a new group task to be created. At **560**, a task creation option is provided, e.g., by providing the task button **482** as shown in FIG. **44**. The group module **420** detects selection of the task creation option, at **562**, and enables a task to be created, at **564**, e.g., by displaying a group task UI **490** as shown in FIG. **45**. The group module **420** determines, at **566**, whether or not the new task has been confirmed. If not (e.g., if the cancel button **502** is selected), the process ends at **568**. If the task has been confirmed, an associated group UI (e.g., car pool group UI **472** shown in FIGS. **44-46**) is updated, at **570**, and the group database **406** updated, at **572**. It can be appreciated that group data **426** may also be sent to the cloud in order for the group server **402** to update the server-based group database **406** as discussed above.

Accordingly, there is provided a method of operating a first electronic device, the method comprising: displaying a first user interface on the first electronic device, the first user interface comprising a plurality of data items obtained from a plurality of sources, first plurality of data items including a first data item associated with a second user interface; detecting a first input selecting the first data item in the first user interface; and transferring data to a second electronic device communicable with the first electronic device over a short range connection, the data enabling the second electronic device to display the second user interface comprising at least said first data item.

There is also provided a method of operating an electronic device communicable with another electronic device over a short range connection, the method comprising: receiving data from the other electronic device, the data enabling the electronic device to display a first user interface comprising at least said first data item, the first data item having been included in a second user interface displayed on the other electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item; and displaying the first user interface.

There is also provided a first electronic device comprising a processor, memory, and a display, the memory comprising computer executable instructions for operating the first electronic device to: display a first user interface on the first electronic device, the first user interface comprising a plurality of data items obtained from a plurality of sources, first plurality of data items including a first data item associated with a second user interface; detect a first input selecting the first data item in the first user interface; and transfer data to a second electronic device communicable with the first electronic device over a short range connection, the data enabling the second electronic device to display the second user interface comprising at least said first data item.

There is also provided a computer readable storage medium comprising computer executable instructions for operating a first electronic device, the computer executable instructions comprising instructions for: displaying a first user interface on the first electronic device, the first user interface comprising a plurality of data items obtained from a plurality of sources, first plurality of data items including a

US 8,503,936 B2

27

first data item associated with a second user interface; detecting a first input selecting the first data item in the first user interface; and transferring data to a second electronic device communicable with the first electronic device over a short range connection, the data enabling the second electronic device to display the second user interface comprising at least said first data item.

There is also provided an electronic device communicable with another electronic device over a short range connection, the electronic device comprising a processor, memory, and a display, the memory comprising computer executable instructions for operating the electronic device to: receive data from the other electronic device, the data enabling the electronic device to display a first user interface comprising at least said first data item, the first data item having been included in a second user interface displayed on the other electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item; and display the first user interface.

There is also provided a computer readable storage medium comprising computer executable instructions for operating an electronic device communicable with another electronic device over a short range connection, the computer executable instructions comprising instructions for: receiving data from the other electronic device, the data enabling the electronic device to display a first user interface comprising at least said first data item, the first data item having been included in a second user interface displayed on the other electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item; and displaying the first user interface.

Referring to FIG. 50, to further aid in the understanding of the example mobile devices 32, 32' described above, shown therein is a block diagram of an example configuration of a mobile device 32. The mobile device 32 includes a number of components such as a main processor 602 that controls the overall operation of the mobile device 32. Communication functions, including data and voice communications, are performed through a communication subsystem 44. The communication subsystem 44 receives messages from and sends messages to a wireless network 34. In this example of the mobile device 32, the communication subsystem 44 is configured in accordance with the Global System for Mobile Communication (GSM) and General Packet Radio Services (GPRS) standards, which is used worldwide. Other communication configurations that are equally applicable are the 3G and 4G networks such as Enhanced Data-rates for Global Evolution (EDGE), Universal Mobile Telecommunications System (UMTS) and High-Speed Downlink Packet Access (HSDPA), Long Term Evolution (LTE), Worldwide Interoperability for Microwave Access (Wi-Max), etc. New standards are still being defined, but it is believed that they will have similarities to the network behavior described herein, and it will also be understood by persons skilled in the art that the examples described herein are intended to use any other suitable standards that are developed in the future. The wireless link connecting the communication subsystem 44 with the wireless network 34 represents one or more different Radio Frequency (RF) channels, operating according to defined protocols specified for GSM/GPRS communications.

The main processor 602 also interacts with additional subsystems such as a Random Access Memory (RAM) 606, a flash memory 608, a touch-sensitive display 660, an auxiliary input/output (I/O) subsystem 612, a data port 614, a keyboard 616 (physical, virtual, or both), a speaker 618, a microphone

28

620, a GPS receiver 421, short-range communications subsystem 262, a camera 623, a accelerometer 625 and other device subsystems 624. Some of the subsystems of the mobile device 32 perform communication-related functions, whereas other subsystems may provide "resident" or on-device functions. By way of example, the display 660 and the keyboard 616 may be used for both communication-related functions, such as entering a text message for transmission over the wireless network 34, and device-resident functions such as a calculator or task list. In one example, the mobile device 32 can include a non touch-sensitive display in place of, or in addition to, the touch-sensitive display 660. For example the touch-sensitive display 660 can be replaced by a display 62 that may not have touch-sensitive capabilities.

The mobile device 32 can send and receive communication signals over the wireless network 34 after required network registration or activation procedures have been completed. Network access is associated with a subscriber or user of the mobile device 32. To identify a subscriber, the mobile device 32 may use a subscriber module component or "smart card" 626, such as a Subscriber Identity Module (SIM), a Removable User Identity Module (RUIM) and a Universal Subscriber Identity Module (USIM). In the example shown, a SIM/RUIM/USIM 626 is to be inserted into a SIM/RUIM/USIM interface 628 in order to communicate with a network.

The mobile device 32 is typically a battery-powered device and includes a battery interface 632 for receiving one or more rechargeable batteries 630. In at least some examples, the battery 630 can be a smart battery with an embedded microprocessor. The battery interface 632 is coupled to a regulator (not shown), which assists the battery 630 in providing power to the mobile device 32. Although current technology makes use of a battery, future technologies such as micro fuel cells may provide the power to the mobile device 32.

The mobile device 32 also includes an operating system 634 and software components 636 to 646. The operating system 634 and the software components 636 to 646 that are executed by the main processor 602 are typically stored in a persistent store such as the flash memory 608, which may alternatively be a read-only memory (ROM) or similar storage element (not shown). Those skilled in the art will appreciate that portions of the operating system 634 and the software components 636 to 646, such as specific device applications, or parts thereof, may be temporarily loaded into a volatile store such as the RAM 606. Other software components can also be included, as is well known to those skilled in the art.

The subset of software applications 636 that control basic device operations, including data and voice communication applications, may be installed on the mobile device 32 during its manufacture. Software applications may include a message application 638, a device state module 640, a Personal Information Manager (PIM) 642, a connect module 644 and an IT policy module 646. A message application 638 can be any suitable software program that allows a user of the mobile device 32 to send and receive electronic messages, wherein messages are typically stored in the flash memory 608 of the mobile device 32. A device state module 640 provides persistence, i.e. the device state module 640 ensures that important device data is stored in persistent memory, such as the flash memory 608, so that the data is not lost when the mobile device 32 is turned off or loses power. A PIM 642 includes functionality for organizing and managing data items of interest to the user, such as, but not limited to, e-mail, contacts, calendar events, and voice mails, and may interact with the wireless network 34. A connect module 644 implements the communication protocols that are required for the mobile

US 8,503,936 B2

29

device **32** to communicate with the wireless infrastructure and any host system, such as an enterprise system, that the mobile device **32** is authorized to interface with. An IT policy module **646** receives IT policy data that encodes the IT policy, and may be responsible for organizing and securing rules such as the "Set Maximum Password Attempts" IT policy.

Other types of software applications or components **639** can also be installed on the mobile device **32**. These software applications **639** can be pre-installed applications (i.e. other than message application **638**) or third party applications, which are added after the manufacture of the mobile device **32**. Examples of third party applications include games, calculators, utilities, etc.

The additional applications **639** can be loaded onto the mobile device **32** through at least one of the wireless network **34**, the auxiliary I/O subsystem **612**, the data port **614**, the short-range communications subsystem **262**, or any other suitable device subsystem **624**.

The data port **614** can be any suitable port that enables data communication between the mobile device **32** and another computing device. The data port **614** can be a serial or a parallel port. In some instances, the data port **614** can be a USB port that includes data lines for data transfer and a supply line that can provide a charging current to charge the battery **630** of the mobile device **32**.

For voice communications, received signals are output to the speaker **618**, and signals for transmission are generated by the microphone **620**. Although voice or audio signal output is accomplished primarily through the speaker **618**, the display **660** can also be used to provide additional information such as the identity of a calling party, duration of a voice call, or other voice call related information.

The touch-sensitive display **660** may be any suitable touch-sensitive display, such as a capacitive, resistive, infrared, surface acoustic wave (SAW) touch-sensitive display, strain gauge, optical imaging, dispersive signal technology, acoustic pulse recognition, and so forth, as known in the art. In the presently described example, the touch-sensitive display **660** is a capacitive touch-sensitive display which includes a capacitive touch-sensitive overlay **664**. The overlay **664** may be an assembly of multiple layers in a stack which may include, for example, a substrate, a ground shield layer, a barrier layer, one or more capacitive touch sensor layers separated by a substrate or other barrier, and a cover. The capacitive touch sensor layers may be any suitable material, such as patterned indium tin oxide (ITO).

The display **662** of the touch-sensitive display **660** may include a display area in which information may be displayed, and a non-display area extending around the periphery of the display area. Information is not displayed in the non-display area, which is utilized to accommodate, for example, electronic traces or electrical connections, adhesives or other sealants, and/or protective coatings around the edges of the display area.

One or more touches, also known as touch contacts or touch events, may be detected by the touch-sensitive display **660**. The processor **602** may determine attributes of the touch, including a location of a touch. Touch location data may include an area of contact or a single point of contact, such as a point at or near a center of the area of contact, known as the centroid. A signal is provided to the controller **666** in response to detection of a touch. A touch may be detected from any suitable object, such as a finger, thumb, appendage, or other items, for example, a stylus, pen, or other pointer, depending on the nature of the touch-sensitive display **660**. The location of the touch moves as the detected object moves during a touch. The controller **666** and/or the processor **602** may detect

30

a touch by any suitable contact member on the touch-sensitive display **660**. Similarly, multiple simultaneous touches, are detected.

One or more gestures are also detected by the touch-sensitive display **660**. A gesture is a particular type of touch on a touch-sensitive display **660** that begins at an origin point and continues to an end point. A gesture may be identified by attributes of the gesture, including the origin point, the end point, the distance travelled, the duration, the velocity, and the direction, for example. A gesture may be long or short in distance and/or duration. Two points of the gesture may be utilized to determine a direction of the gesture.

An example of a gesture is a swipe (also known as a "flick"). A swipe has a single direction. The touch-sensitive overlay **664** may evaluate swipes with respect to the origin point at which contact is initially made with the touch-sensitive overlay **664** and the end point at which contact with the touch-sensitive overlay **664** ends rather than using each of location or point of contact over the duration of the gesture to resolve a direction.

Examples of swipes include a horizontal swipe, a vertical swipe, and a diagonal swipe. A horizontal swipe typically comprises an origin point towards the left or right side of the touch-sensitive overlay **664** to initialize the gesture, a horizontal movement of the detected object from the origin point to an end point towards the right or left side of the touch-sensitive overlay **664** while maintaining continuous contact with the touch-sensitive overlay **664**, and a breaking of contact with the touch-sensitive overlay **664**. Similarly, a vertical swipe typically comprises an origin point towards the top or bottom of the touch-sensitive overlay **664** to initialize the gesture, a horizontal movement of the detected object from the origin point to an end point towards the bottom or top of the touch-sensitive overlay **664** while maintaining continuous contact with the touch-sensitive overlay **664**, and a breaking of contact with the touch-sensitive overlay **664**.

Swipes can be of various lengths, can be initiated in various places on the touch-sensitive overlay **664**, and need not span the full dimension of the touch-sensitive overlay **664**. In addition, breaking contact of a swipe can be gradual in that contact with the touch-sensitive overlay **664** is gradually reduced while the swipe is still underway.

Meta-navigation gestures may also be detected by the touch-sensitive overlay **664**. A meta-navigation gesture is a gesture that has an origin point that is outside the display area of the touch-sensitive overlay **664** and that moves to a position on the display area of the touch-sensitive display. Other attributes of the gesture may be detected and be utilized to detect the meta-navigation gesture. Meta-navigation gestures may also include multi-touch gestures in which gestures are simultaneous or overlap in time and at least one of the touches has an origin point that is outside the display area and moves to a position on the display area of the touch-sensitive overlay **664**. Thus, two fingers may be utilized for meta-navigation gestures. Further, multi-touch meta-navigation gestures may be distinguished from single touch meta-navigation gestures and may provide additional or further functionality.

In some examples, an optional force sensor **670** or force sensors is disposed in any suitable location, for example, between the touch-sensitive display **660** and a back of the mobile device **32** to detect a force imparted by a touch on the touch-sensitive display **660**. The force sensor **670** may be a force-sensitive resistor, strain gauge, piezoelectric or piezoresistive device, pressure sensor, or other suitable device. Force as utilized throughout the specification refers to force measurements, estimates, and/or calculations, such as pressure,

US 8,503,936 B2

31

deformation, stress, strain, force density, force-area relationships, thrust, torque, and other effects that include force or related quantities.

Force information related to a detected touch may be utilized to select information, such as information associated with a location of a touch. For example, a touch that does not meet a force threshold may highlight a selection option, whereas a touch that meets a force threshold may select or input that selection option. Selection options include, for example, displayed or virtual keys of a keyboard; selection boxes or windows, e.g., "cancel," "delete," or "unlock"; function buttons, such as play or stop on a music player; and so forth. Different magnitudes of force may be associated with different functions or input. For example, a lesser force may result in panning, and a higher force may result in zooming.

It will be appreciated that any module or component exemplified herein that executes instructions may include or otherwise have access to computer readable media such as storage media, computer storage media, or data storage devices (removable and/or non-removable) such as, for example, magnetic disks, optical disks, or tape. Computer storage media may include volatile and non-volatile, removable and non-removable media implemented in any method or technology for storage of information, such as computer readable instructions, data structures, program modules, or other data. Examples of computer storage media include RAM, ROM, EEPROM, flash memory or other memory technology, CD-ROM, digital versatile disks (DVD) or other optical storage, magnetic cassettes, magnetic tape, magnetic disk storage or other magnetic storage devices, or any other medium which can be used to store the desired information and which can be accessed by an application, module, or both. Any such computer storage media may be part of the mobile device 32, any component of or related to the communication system 44, etc., or accessible or connectable thereto. Any application or module herein described may be implemented using computer readable/executable instructions that may be stored or otherwise held by such computer readable media.

The steps or operations in the flow charts and diagrams described herein are just for example. There may be many variations to these steps or operations without departing from the principles discussed above. For instance, the steps may be performed in a differing order, or steps may be added, deleted, or modified.

Although the above principles have been described with reference to certain specific examples, various modifications thereof will be apparent to those skilled in the art as outlined in the appended claims.

The invention claimed is:

1. A method of operating a first electronic device, the method comprising:
displaying a first user interface on the first electronic device, the first user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items including a first data item associated with a second user interface;
detecting a first input selecting the first data item in the first user interface; and
transferring data to a second electronic device communicable with the first electronic device over a short range connection, the data enabling the second electronic device to display the second user interface comprising at least said first data item.

2. The method of claim 1, further comprising:
determining that an interaction has occurred with the second user interface; and

32

navigating to the first user interface on the first electronic device.

3. The method of claim 2, wherein the interaction comprises navigating away from the second user interface.

4. The method of claim 1, further comprising:
detecting a second input selecting a second data item in the first user interface; and
transferring data to the second electronic device to enable the second electronic device to display a third user interface comprising the second data item.

5. The method of claim 4, wherein the second user interface and the third user interface are displayed on the second electronic device simultaneously.

6. The method of claim 1, further comprising:
displaying the second user interface on the first electronic device; and
transferring data to the second electronic device to enable the second electronic device to display the first user interface.

7. A method of operating an electronic device communicable with another electronic device over a short range connection, the method comprising:
receiving data from the other electronic device, the data enabling the electronic device to display a first user interface comprising at least said first data item, the first data item having been included in a second user interface displayed on the other electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item; and
displaying the first user interface.

8. The method of claim 7, further comprising detecting an interaction with the first user interface and communicating the interaction to the other electronic device for navigating to the second user interface on the other electronic device.

9. The method of claim 8, wherein the interaction comprises navigating away from the first user interface.

10. The method of claim 7, further comprising:
receiving data from the other electronic device for displaying a third user interface comprising a second data item, the second data item having been selected from the second user interface on the other electronic device; and
displaying the third user interface.

11. The method of claim 10, wherein the second user interface and the third user interface are displayed on the electronic device simultaneously.

12. The method of claim 7, further comprising displaying the second user interface on the electronic device, while other electronic device displays the first user interface.

13. The method of claim 7, wherein the first user interface is displayed on the electronic device independently of user interfaces displayed on the other electronic device.

14. A first electronic device comprising a processor, memory, and a display, the memory comprising computer executable instructions for operating the first electronic device to:
display a first user interface on the first electronic device, the first user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items including a first data item associated with a second user interface;
detect a first input selecting the first data item in the first user interface; and
transfer data to a second electronic device communicable with the first electronic device over a short range con-

US 8,503,936 B2

**33**

nection, the data enabling the second electronic device to display the second user interface comprising at least said first data item.

15. A computer readable storage medium comprising computer executable instructions for operating a first electronic device, the computer executable instructions comprising instructions for:

displaying a first user interface on the first electronic device, the first user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items including a first data item associated with a second user interface;

detecting a first input selecting the first data item in the first user interface; and

transferring data to a second electronic device communicable with the first electronic device over a short range connection, the data enabling the second electronic device to display the second user interface comprising at least said first data item.

16. An electronic device communicable with another electronic device over a short range connection, the electronic device comprising a processor, memory, and a display, the memory comprising computer executable instructions for operating the electronic device to:

**34**

receive data from the other electronic device, the data enabling the electronic device to display a first user interface comprising at least said first data item, the first data item having been included in a second user interface displayed on the other electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item; and

display the first user interface.

17. A computer readable storage medium comprising computer executable instructions for operating an electronic device communicable with another electronic device over a short range connection, the computer executable instructions comprising instructions for:

receiving data from the other electronic device, the data enabling the electronic device to display a first user interface comprising at least said first data item, the first data item having been included in a second user interface displayed on the other electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item; and

displaying the first user interface.

\*    \*    \*    \*    \*

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,503,936 B2                                    Page 1 of 1
APPLICATION NO.   : 13/619670
DATED             : August 6, 2013
INVENTOR(S)       : Chris Sam Kermoian et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page, item (57), "Abstract" should read:
--A method is provided that comprises detecting an incoming or outgoing call; and sending data to a paired device for displaying a plurality of elements associated with the call in a user interface on the paired device prior to connecting the call, the plurality of elements having been obtained from a plurality of sources accessible to the mobile device. Another method is provided, which comprises receiving data from the mobile device for displaying a plurality of elements associated with the call in a user interface on a paired device prior to connecting the call, the plurality of elements having been obtained from a plurality of sources accessible to the mobile device; and displaying the plurality of elements in a user interface on the paired device using the data received from the mobile device.--.

In the Specifications:
Column 10, line 33 reads, "invitees, a group discussion portion 184, and an other data" should read --invitees, a group discussion portion 184, and other data--.

Column 14, line 55 reads, "ule (not shown), track pad other key or button, etc. After the" should read --ule (not shown), track pad, other key or button, etc. After the--.

Column 18, line 60 reads, "similar portions are shown in FIG. 31 using a 0 for clarity)," should read --similar portions are shown in FIG. 31 using a (') for clarity),--.

Column 20, line 15 reads, "as event or group details It the example shown in FIG. 35, it" should read --as event or group details. In the example shown in FIG. 35, it--.

Signed and Sealed this
Eleventh Day of February, 2014

Michelle K. Lee
*Deputy Director of the United States Patent and Trademark Office*