US010484870B2

(12) **United States Patent**
Brown et al.

(10) **Patent No.:     US 10,484,870 B2**
(45) **Date of Patent:       *Nov. 19, 2019**

(54) **SYSTEM AND METHOD FOR HANDLING PERIPHERAL CONNECTIONS TO MOBILE DEVICES**

(71) Applicant: **BlackBerry Limited**, Waterloo (CA)

(72) Inventors: **Michael Kenneth Brown**, Fergus (CA); **Michael Grant Kirkup**, Waterloo (CA); **Neil Patrick Adams**, Waterloo (CA); **Herbert Anthony Little**, Waterloo (CA); **Christopher Pattenden**, Waterloo (CA)

(73) Assignee: **BlackBerry Limited**, Waterloo, Ontario (CA)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 484 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/336,437**

(22) Filed: **Oct. 27, 2016**

(65) **Prior Publication Data**

US 2017/0048712 A1      Feb. 16, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 13/895,073, filed on May 15, 2013, now Pat. No. 9,507,950, which is a
(Continued)

(51) **Int. Cl.**
**H04W 12/06**          (2009.01)
**G06F 21/31**          (2013.01)
(Continued)

(52) **U.S. Cl.**
CPC ............. **H04W 12/06** (2013.01); **G06F 21/31** (2013.01); **G06F 21/34** (2013.01); **G06F 21/606** (2013.01);
(Continued)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,355,414 | A | 10/1994 | Hale et al. |
| 7,088,988 | B2 | 8/2006 | Kelkar et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 1239630 A2 | 9/2002 |
| GB | 2370383 A | 6/2002 |

(Continued)

OTHER PUBLICATIONS

Bluetooth PC Technology Guide; www.pctechguide.com/ 30mobsomms_Bluetooth.htm; Nov. 1, 2002; 3 pages.
(Continued)

*Primary Examiner* — Nicholas D Rosen

(74) *Attorney, Agent, or Firm* — Conley Rose, P.C.; J. Robert Brown, Jr.; Albert A. Abbou

(57) **ABSTRACT**

Systems and methods for establishing a data connection between a mobile device and a peripheral. The mobile device is configured to determine whether to handle user approval of the data connection between the mobile device and the peripheral. Through the mobile device, an input mechanism is provided for the user to provide input. The input is used in determining whether to approve the data connection between the mobile device and the peripheral.

**20 Claims, 8 Drawing Sheets**



## US 10,484,870 B2

Page 2

### Related U.S. Application Data

continuation of application No. 12/576,737, filed on Oct. 9, 2009, now Pat. No. 8,447,696, which is a continuation of application No. 11/067,239, filed on Feb. 25, 2005, now Pat. No. 7,664,707.

(60) Provisional application No. 60/566,774, filed on Apr. 30, 2004.

(51) **Int. Cl.**

| | |
|---|---|
| *G06F 21/34* | (2013.01) |
| *H04L 29/06* | (2006.01) |
| *G06Q 10/00* | (2012.01) |
| *G06Q 20/38* | (2012.01) |
| *G06F 21/60* | (2013.01) |
| *H04M 1/725* | (2006.01) |
| *G06F 21/10* | (2013.01) |
| *G06F 21/12* | (2013.01) |
| *H04W 12/08* | (2009.01) |

(52) **U.S. Cl.**

CPC ........... *G06Q 10/00* (2013.01); *G06Q 20/382* (2013.01); *H04L 63/0272* (2013.01); *H04L 63/08* (2013.01); *H04L 63/083* (2013.01); *H04L 63/168* (2013.01); *H04M 1/72527* (2013.01); *G06F 21/10* (2013.01); *G06F 21/123* (2013.01); *H04L 29/06* (2013.01); *H04W 12/08* (2013.01)

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 7,296,149 | B2 | 11/2007 | Hiltgen |
| 7,333,946 | B1 | 2/2008 | Sipponen |
| 7,337,229 | B2 | 2/2008 | Dutta et al. |
| 7,406,323 | B2 | 7/2008 | Ayatsuka et al. |
| 7,528,867 | B2 | 5/2009 | Ishiyama et al. |
| 7,664,707 | B2 | 2/2010 | Adams et al. |
| 8,447,696 | B2 | 5/2013 | Adams et al. |
| 9,507,950 | B2 | 11/2016 | Brown et al. |
| 2002/0062385 | A1 | 5/2002 | Dowling |
| 2003/0095521 | A1 | 5/2003 | Haller et al. |
| 2003/0150756 | A1 | 8/2003 | Kajiya |
| 2004/0061792 | A1 | 4/2004 | Ota et al. |
| 2004/0092231 | A1 | 5/2004 | Ayatsuka et al. |
| 2004/0092248 | A1 | 5/2004 | Kelkar et al. |
| 2004/0133525 | A1 | 7/2004 | Singh et al. |
| 2004/0162027 | A1 | 8/2004 | Chang |
| 2004/0249994 | A1 | 12/2004 | Shapiro et al. |
| 2004/0259539 | A1 | 12/2004 | Ayatsuka |
| 2005/0044479 | A1 | 2/2005 | Willams et al. |
| 2007/0226805 | A1 | 9/2007 | Jeal et al. |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2009239920 A | 10/2009 |
| WO | 200072506 A1 | 11/2000 |
| WO | 200188677 A2 | 11/2001 |

### OTHER PUBLICATIONS

Microsoft Press; Microsoft Press Computer Dictionary; 1997; Third Edition; 3 pages.

Office Action dated Apr. 16, 2008; U.S. Appl. No. 11/067,239, filed Feb. 25, 2005; 9 pages.

Final Office Action dated Nov. 3, 2008; U.S. Appl. No. 11/067,239, filed Feb. 25, 2005; 10 pages.

Office Action dated Mar. 11, 2009; U.S. Appl. No. 11/067,239, filed Feb. 25, 2005; 16 pages.

Final Office Action dated Jul. 29, 2009; U.S. Appl. No. 11/067,239, filed Feb. 25, 2005; 19 pages.

Notice of Allowance dated Oct. 7, 2009; U.S. Appl. No. 11/067,239, filed Feb. 25, 2005; 8 pages.

Office Action dated Jun. 28, 2012; U.S. Appl. No. 12/576,737, filed Oct. 9, 2009; 34 pages.

Final Office Action dated Nov. 2, 2012; U.S. Appl. No. 12/576,737, filed Oct. 9, 2009; 19 pages.

Notice of Allowance dated Jan. 24, 2013; U.S. Appl. No. 12/576,737, filed Oct. 9, 2009; 10 pages.

Office Action dated Jan. 13, 2016; U.S. Appl. No. 13/895,073, filed May 15, 2013; 26 pages.

Final Office Action dated May 12, 2016; U.S. Appl. No. 13/895,073, filed May 15, 2013; 20 pages.

Notice of Allowance dated Jul. 27, 2016; U.S. Appl. No. 13/895,073, filed May 15, 2013; 11 pages.

PCT International Search Report; Application No. PCT/CA2005/000291; dated May 31, 2005; 3 pages.

PCT Written Opinion of the International Searching Authority; Application No. PCT/CA2005/000291; dated May 31, 2005; 5 pages.

Canadian Office Action; Application No. 2,564,865; dated Jun. 26, 2009; 3 pages.

Canadian Office Action; Application No. 2,564,865; dated Aug. 6, 2010; 3 pages.

Canadian Office Action; Application No. 2,564,865; dated Aug. 30, 2011; 3 pages.

Canadian Notice of Allowance; Application No. 2,564,865; dated Nov. 21, 2012; 1 page.

European Supplementary Search Report; Application No. 05714533.6; dated Jul. 6, 2007; 3 pages.

European Examination Report; Application No. 05714533.6; dated Jun. 24, 2010; 6 pages.

European Examination Report; Application No. 05714533.6; dated Jun. 28, 2011; 4 pages.

European Summons to Attend Oral Proceedings Pursuant to Rule 115(1) EPC; Application No. 05714533.6; dated Feb. 22, 2013; 9 pages.



**FIG. 1**



**FIG. 2**



**FIG. 3**



**FIG. 4**

Case 2:26-cv-00469-JRG-RSP   Document 1-4   Filed 06/12/26   Page 7 of 17 PageID #: 150



**FIG. 5**



**FIG. 6**



**FIG. 7**

U.S. Patent    Nov. 19, 2019    Sheet 8 of 8    US 10,484,870 B2



**FIG. 8**

US 10,484,870 B2

# SYSTEM AND METHOD FOR HANDLING PERIPHERAL CONNECTIONS TO MOBILE DEVICES

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application is a continuation of U.S. patent application Ser. No. 13/895,073 filed May 15, 2013 by Michael Kenneth Brown, et al., entitled "System and Method for Handling Peripheral Connections to Mobile Devices", which is a continuation of U.S. Pat. No. 8,447,696 issued on May 21, 2013, which is a continuation of U.S. Pat. No. 7,664,707 issued on Feb. 16, 2010, which claims priority to and benefit of U.S. Provisional Application No. 60/566,774 filed Apr. 30, 2004 by Neil P. Adams et al., entitled "System and Method for Handling Peripheral Connections to Mobile Devices", all of which are incorporated by reference herein as if reproduced in their entirety.

## BACKGROUND

The present invention relates generally to the field of communications, and in particular to data connections to mobile wireless communications devices.

Mobile wireless communications devices typically allow peripherals (e.g., a desktop computer) to connect to the devices. When a peripheral is installed, a connection between a mobile device and a peripheral can be opened, and data is then allowed to be transferred between the two.

Because of security reasons and other reasons, typically the connection is to be approved by the device's user before data can be transferred. As an illustration, if the connection is not approved, an attacker could mount the following attack. If the user has a Trojan horse application on their handheld, then an attacker can pickpocket the device, attach a laptop, connect with the Trojan horse application, and then the application can transfer the user's data from the device or inject a rogue application. Accordingly, some type of approval should be used when dealing with peripherals for mobile devices.

In accordance with the teachings disclosed herein, systems and methods are provided for establishing a data connection between a mobile device and a peripheral. As an example of a system and method, the mobile device is configured to determine whether it is to handle user approval of the data connection between the mobile device and the peripheral. Through the mobile device, an input mechanism is provided for the user to provide input. The input is used in determining whether to approve the data connection between the mobile device and the peripheral.

As another example, an apparatus can include connection handler data processing instructions configured to determine, on the mobile device, that the mobile device is to handle user approval of the data connection between the mobile device and the peripheral. Output instructions can be configured to provide through the mobile device a prompt to the user for the user to provide input. The connection handler instructions can be configured to determine whether to approve the data connection between the mobile device and the peripheral based upon the user input.

As will be appreciated, the systems and methods disclosed herein are capable of other and different embodiments, and capable of modifications in various respects.

Accordingly, the drawings and description set forth herein are to be regarded as illustrative in nature and not restrictive.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an overview of an example communication system in which a wireless communication device may be used.

FIG. **2** is a block diagram of a further example communication system including multiple networks and multiple mobile communication devices.

FIGS. **3** and **4** are block diagrams depicting attempts to establish a data connection between a mobile device and a peripheral.

FIGS. **5** and **6** are flowcharts depicting an operational scenario for establishing a data connection between a peripheral and a mobile device.

FIG. **7** is a block diagram depicting an operational scenario for establishing a data connection between a peripheral and a mobile device which is in a locked state.

FIG. **8** is a block diagram of an example mobile device.

## DETAILED DESCRIPTION OF THE DRAWINGS

FIG. **1** is an overview of an example communication system in which a wireless communication device may be used. One skilled in the art will appreciate that there may be hundreds of different topologies, but the system shown in FIG. **1** helps demonstrate the operation of the encoded message processing systems and methods described in the present application. There may also be many message senders and recipients. The simple system shown in FIG. **1** is for illustrative purposes only, and shows perhaps the most prevalent Internet e-mail environment where security is not generally used.

FIG. **1** shows an e-mail sender **10**, the Internet **20**, a message server system **40**, a wireless gateway **85**, wireless infrastructure **90**, a wireless network **105** and a mobile communication device **100**.

An e-mail sender system **10** may, for example, be connected to an ISP (Internet Service Provider) on which a user of the system **10** has an account, located within a company, possibly connected to a local area network (LAN), and connected to the Internet **20**, or connected to the Internet **20** through a large ASP (application service provider) such as America Online (AOL). Those skilled in the art will appreciate that the systems shown in FIG. **1** may instead be connected to a wide area network (WAN) other than the Internet, although e-mail transfers are commonly accomplished through Internet-connected arrangements as shown in FIG. **1**.

The message server **40** may be implemented, for example, on a network computer within the firewall of a corporation, a computer within an ISP or ASP system or the like, and acts as the main interface for e-mail exchange over the Internet **20**. Although other messaging systems might not require a message server system **40**, a mobile device **100** configured for receiving and possibly sending e-mail will normally be associated with an account on a message server. Perhaps the two most common message servers are Microsoft Exchange™ and Lotus Domino™. These products are often used in conjunction with Internet mail routers that route and deliver mail. These intermediate components are not shown in FIG. **1**, as they do not directly play a role in the secure message processing described below. Message servers such as server **40** typically extend beyond just e-mail sending and receiving; they also include dynamic database storage

US 10,484,870 B2

**3**

engines that have predefined database formats for data like calendars, to-do lists, task lists, e-mail and documentation.

The wireless gateway **85** and infrastructure **90** provide a link between the Internet **20** and wireless network **105**. The wireless infrastructure **90** determines the most likely network for locating a given user and tracks the user as they roam between countries or networks. A message is then delivered to the mobile device **100** via wireless transmission, typically at a radio frequency (RF), from a base station in the wireless network **105** to the mobile device **100**. The particular network **105** may be virtually any wireless network over which messages may be exchanged with a mobile communication device.

As shown in FIG. **1**, a composed e-mail message **15** is sent by the e-mail sender **10**, located somewhere on the Internet **20**. This message **15** is normally fully in the clear and uses traditional Simple Mail Transfer Protocol (SMTP), RFC822 headers and Multipurpose Internet Mail Extension (MIME) body parts to define the format of the mail message. These techniques are all well known to those skilled in the art. The message **15** arrives at the message server **40** and is normally stored in a message store. Most known messaging systems support a so-called "pull" message access scheme, wherein the mobile device **100** must request that stored messages be forwarded by the message server to the mobile device **100**. Some systems provide for automatic routing of such messages which are addressed using a specific e-mail address associated with the mobile device **100**. In a preferred embodiment described in further detail below, messages addressed to a message server account associated with a host system such as a home computer or office computer which belongs to the user of a mobile device **100** are redirected from the message server **40** to the mobile device **100** as they are received.

Regardless of the specific mechanism controlling the forwarding of messages to the mobile device **100**, the message **15**, or possibly a translated or reformatted version thereof, is sent to the wireless gateway **85**. The wireless infrastructure **90** includes a series of connections to wireless network **105**. These connections could be Integrated Services Digital Network (ISDN), Frame Relay or T1 connections using the TCP/IP protocol used throughout the Internet. As used herein, the term "wireless network" is intended to include three different types of networks, those being (1) data-centric wireless networks, (2) voice-centric wireless networks and (3) dual-mode networks that can support both voice and data communications over the same physical base stations. Combined dual-mode networks include, but are not limited to, (1) Code Division Multiple Access (CDMA) networks, (2) the Groupe Special Mobile or the Global System for Mobile Communications (GSM) and the General Packet Radio Service (GPRS) networks, and (3) future third-generation (3G) networks like Enhanced Data-rates for Global Evolution (EDGE) and Universal Mobile Telecommunications Systems (UMTS). Some older examples of data-centric network include the Mobitex™ Radio Network and the DataTAC™ Radio Network. Examples of older voice-centric data networks include Personal Communication Systems (PCS) networks like GSM, and TDMA systems.

FIG. **2** is a block diagram of a further example communication system including multiple networks and multiple mobile communication devices. The system of FIG. **2** is substantially similar to the FIG. **1** system, but includes a host system **30**, a redirection program **45**, a mobile device cradle **65**, a wireless virtual private network (VPN) router **75**, an additional wireless network **110** and multiple mobile com-

**4**

munication devices **100**. As described above in conjunction with FIG. **1**, FIG. **2** represents an overview of a sample network topology. Although the encoded message processing systems and methods described herein may be applied to networks having many different topologies, the network of FIG. **2** is useful in understanding an automatic e-mail redirection system mentioned briefly above.

The central host system **30** will typically be a corporate office or other LAN, but may instead be a home office computer or some other private system where mail messages are being exchanged. Within the host system **30** is the message server **40**, running on some computer within the firewall of the host system, that acts as the main interface for the host system to exchange e-mail with the Internet **20**. In the system of FIG. **2**, the redirection program **45** enables redirection of data items from the server **40** to a mobile communication device **100**. Although the redirection program **45** is shown to reside on the same machine as the message server **40** for ease of presentation, there is no requirement that it must reside on the message server. The redirection program **45** and the message server **40** are designed to co-operate and interact to allow the pushing of information to mobile devices **100**. In this installation, the redirection program **45** takes confidential and non-confidential corporate information for a specific user and redirects it out through the corporate firewall to mobile devices **100**. A more detailed description of the redirection software **45** may be found in the commonly assigned U.S. Pat. No. 6,219,694 ("the '694 patent"), entitled "System and Method for Pushing Information From A Host System To A Mobile Data Communication Device Having A Shared Electronic Address", and issued to the assignee of the instant application on Apr. 17, 2001, which is hereby incorporated into the present application by reference. This push technique may use a wireless friendly encoding, compression and encryption technique to deliver all information to a mobile device, thus effectively extending the security firewall to include each mobile device **100** associated with the host system **30**.

As shown in FIG. **2**, there may be many alternative paths for getting information to the mobile device **100**. One method for loading information onto the mobile device **100** is through a port designated **50**, using a device cradle **65**. This method tends to be useful for bulk information updates often performed at initialization of a mobile device **100** with the host system **30** or a computer **35** within the system **30**. The other main method for data exchange is over-the-air using wireless networks to deliver the information. As shown in FIG. **2**, this may be accomplished through a wireless VPN router **75** or through a traditional Internet connection **95** to a wireless gateway **85** and a wireless infrastructure **90**, as described above. The concept of a wireless VPN router **75** is new in the wireless industry and implies that a VPN connection could be established directly through a specific wireless network **110** to a mobile device **100**. The possibility of using a wireless VPN router **75** has only recently been available and could be used when the new Internet Protocol (IP) Version 6 (IPV6) arrives into IP-based wireless networks. This new protocol will provide enough IP addresses to dedicate an IP address to every mobile device **100** and thus make it possible to push information to a mobile device **100** at any time. A principal advantage of using this wireless VPN router **75** is that it could be an off-the-shelf VPN component, thus it would not require a separate wireless gateway **85** and wireless infrastructure **90** to be used. A VPN connection would preferably be a Transmission Control Protocol (TCP)/IP or User Datagram Protocol (UDP)/IP connection to deliver the messages

US 10,484,870 B2

5

directly to the mobile device **100**. If a wireless VPN **75** is not available then a link **95** to the Internet **20** is the most common connection mechanism available and has been described above.

In the automatic redirection system of FIG. **2**, a composed e-mail message **15** leaving the e-mail sender **10** arrives at the message server **40** and is redirected by the redirection program **45** to the mobile device **100**. As this redirection takes place the message **15** is re-enveloped, as indicated at **80**, and a possibly proprietary compression and encryption algorithm can then be applied to the original message **15**. In this way, messages being read on the mobile device **100** are no less secure than if they were read on a desktop workstation such as **35** within the firewall. All messages exchanged between the redirection program **45** and the mobile device **100** preferably use this message repackaging technique. Another goal of this outer envelope is to maintain the addressing information of the original message except the sender's and the receiver's address. This allows reply messages to reach the appropriate destination, and also allows the "from" field to reflect the mobile user's desktop address. Using the user's e-mail address from the mobile device **100** allows the received message to appear as though the message originated from the user's desktop system **35** rather than the mobile device **100**.

With reference back to the port **50** and cradle **65** connectivity to the mobile device **100**, this connection path offers many advantages for enabling one-time data exchange of large items. For those skilled in the art of personal digital assistants (PDAs) and synchronization, the most common data exchanged over this link is Personal Information Management (PIM) data **55**. When exchanged for the first time this data tends to be large in quantity, bulky in nature and requires a large bandwidth to get loaded onto the mobile device **100** where it can be used on the road. This serial link may also be used for other purposes, including setting up a private security key **111** such as an S/MIME or PGP specific private key, the Certificate (Cert) of the user and their Certificate Revocation Lists (CRLs) **60**. The private key is preferably exchanged so that the desktop **35** and mobile device **100** share one personality and one method for accessing all mail. The Cert and CRLs are normally exchanged over such a link because they represent a large amount of the data that is required by the device for S/MIME, PGP and other public key security methods.

FIG. **3** depicts a mobile device **100** and a peripheral device **200** attempting to establish a connection **210** between themselves. The connection **210** is intended to allow data to be transferred between the devices (**100**, **200**). Some examples of peripherals **200** are:

    a personal computer (e.g., a desktop or laptop computer) in order to do, among other things, backup/restore or synchronization operations.
    a smart card reader in order to do two factor authentication and security operations.
    a memory card.
    a hardware crypto token.
    a camera.
    etc.

The connection **210** can involve a physical connection or a wireless connection with a peripheral. As an example, a connection **210** can be a USB (universal serial bus) connection, wherein a USB cable is attached to the USB ports of each device. Data transfer between the devices can occur after the USB connection is approved by a user (e.g., a mobile device can store and/or retrieve data stored on a peripheral memory card).

6

Before a connection **210** can be opened, a user **220** is to approve the connection **210**, such as by typing their handheld password **232** via the peripheral's computer-human interface (e.g., desktop computer's keyboard and display screen). Once the password **232** is verified with the mobile device **100**, the connection **210** is opened and data can be transferred. This mechanism for authenticating the desktop to the device (i.e., the handheld owner is the one using the desktop) works because the desktop has an output device (e.g., a screen) to prompt the user **220** to enter their password and an input device (e.g., a keyboard) to allow the user **220** to enter their password.

If a peripheral **200** cannot provide a prompt (as indicated at **230**) and/or obtain input (as indicated at **232**) from a user **220** in order to obtain connection approval, then the connection **210** can be established as shown in FIG. **4**. With reference to FIG. **4**, when a peripheral **200** is connected to the mobile device **100**, the peripheral **200** is given the opportunity to supply connection-related input (e.g., a handheld password). If the peripheral **200** can supply the password, then the peripheral **200** is allowed to open a connection. However, if the peripheral **200** cannot supply the password (e.g., because it does not have a mechanism for the user to supply it), then the peripheral **200** can request that the connection approval process be redirected to the mobile device **100**.

As shown at **300**, the user **220** is then prompted on the mobile device **100** for their handheld password **310** in order to allow a connection **210** to be opened by the peripheral **200**. If the user **220** knows the password **310** and supplies it to the mobile device **100**, a connection **210** is opened with the peripheral **200**, otherwise the connection **210** is refused. If the user does not have a handheld password **310** set on their mobile device **100**, the user may just be notified that a connection approval is needed and asked to approve the opening of the connection **210** by the peripheral **200**, without the user having to supply a password **310**.

FIGS. **5** and **6** depict an operational scenario **400** for establishing a data connection between a peripheral and a mobile device. At step **402**, a peripheral device is connected to a mobile device, such as through a USB cable or a wireless connection such as an infrared device or a Bluetooth connection, but the connection is not opened.

Decision step **404** examines whether the peripheral can obtain and supply the mobile device's password. If the peripheral can and the password is valid, then as indicated at step **406**, the connection for transferring data is allowed, and processing for this operational scenario terminates at end block **408**. However, if the peripheral cannot supply the mobile device's password (e.g., the password is invalid), then the peripheral provides at step **410** an indication to the mobile device to acquire the user input for allowing the data connection. Processing continues on FIG. **6** as indicated by continuation marker **412**.

With reference to FIG. **6**, the mobile device attempts to acquire the password from the user at step **414**. The mobile device can acquire this information from the user by generating a message prompt on the mobile device's user interface. The message prompt could ask the user for the device's password. The message prompt may also contain an input field in which the user can type via the mobile device's keyboard a password entry.

If the user provides a valid password as determined at decision step **416**, then the data transfer connection is allowed, and the device and peripheral can interact. Processing for this operational scenario terminates at end block **422**.

US 10,484,870 B2

7

If the user does not provide a valid password as determined at decision step **416**, then the data transfer connection is not allowed, and processing for this operational scenario terminates at end block **422**.

As illustrated by this operational scenario, the chance of a Trojan horse attack is reduced because the attacker also must know the handheld password. It also enhances a mobile device's support for peripherals, because it allows peripherals to be connected that on their own cannot supply the handheld password.

It should be understood that similar to the other processing flows described herein, the steps and the order of the steps in the flowchart described herein may be altered, modified and/or augmented and still achieve the desired outcome. For example, at step **414**, when entering the password, the user could be restricted by the same policy setting as when the user would be entering the device's password independent of a peripheral data connection scenario. The memory contents of the mobile device can be wiped if their password is entered incorrectly a predetermined number of times. Also, the password they are typing may or may not be shown depending on password policy settings. As another example, many different types of approval indication inputs can be provided by the user in addition to or in place of a handheld's password.

FIG. **7** illustrates an operational scenario wherein the mobile device **100** is in a locked state. If the mobile device **100** is locked when the peripheral **200** is inserted into the device **100** or otherwise connected to the device **100**, the user **220** may not be asked for their handheld password explicitly. This prevents the prompting **500** of the user **220** for their password **502** too often. When the user **220** unlocks their mobile device **100**, they enter their handheld password, and through that act, they are implicitly allowing any currently connected peripheral **200** to open a connection **210**. In this way, lock-related input **502** can be used for multiple purposes: (1) to unlock the mobile device **100**; and (2) to approve the connection **210**.

The systems and methods disclosed herein are presented only by way of example and are not meant to limit the scope of the invention. Other variations of the systems and methods described above will be apparent to those skilled in the art and as such are considered to be within the scope of the invention. For example, the systems and methods disclosed herein may be used with many different computers and devices, such as a wireless mobile communications device shown in FIG. **8**. With reference to FIG. **8**, the mobile device **100** is a dual-mode mobile device and includes a transceiver **611**, a microprocessor **638**, a display **622**, non-volatile memory **624**, random access memory (RAM) **626**, one or more auxiliary input/output (I/O) devices **628**, a serial port **630**, a keyboard **632**, a speaker **634**, a microphone **636**, a short-range wireless communications sub-system **640**, and other device sub-systems **642**.

The transceiver **611** includes a receiver **612**, a transmitter **614**, antennas **616** and **618**, one or more local oscillators **613**, and a digital signal processor (DSP) **620**. The antennas **616** and **618** may be antenna elements of a multiple-element antenna, and are preferably embedded antennas. However, the systems and methods described herein are in no way restricted to a particular type of antenna, or even to wireless communication devices.

The mobile device **100** is preferably a two-way communication device having voice and data communication capabilities. Thus, for example, the mobile device **100** may communicate over a voice network, such as any of the analog or digital cellular networks, and may also commu-

8

nicate over a data network. The voice and data networks are depicted in FIG. **8** by the communication tower **619**. These voice and data networks may be separate communication networks using separate infrastructure, such as base stations, network controllers, etc., or they may be integrated into a single wireless network.

The transceiver **611** is used to communicate with the network **619**, and includes the receiver **612**, the transmitter **614**, the one or more local oscillators **613** and the DSP **620**. The DSP **620** is used to send and receive signals to and from the antennas **616** and **618**, and also provides control information to the receiver **612** and the transmitter **614**. If the voice and data communications occur at a single frequency, or closely-spaced sets of frequencies, then a single local oscillator **613** may be used in conjunction with the receiver **612** and the transmitter **614**. Alternatively, if different frequencies are utilized for voice communications versus data communications for example, then a plurality of local oscillators **613** can be used to generate a plurality of frequencies corresponding to the voice and data networks **619**. Information, which includes both voice and data information, is communicated to and from the transceiver **611** via a link between the DSP **620** and the microprocessor **638**.

The detailed design of the transceiver **611**, such as frequency band, component selection, power level, etc., will be dependent upon the communication network **619** in which the mobile device **100** is intended to operate. For example, a mobile device **100** intended to operate in a North American market may include a transceiver **611** designed to operate with any of a variety of voice communication networks, such as the Mobitex or DataTAC mobile data communication networks, AMPS, TDMA, CDMA, PCS, etc., whereas a mobile device **100** intended for use in Europe may be configured to operate with the GPRS data communication network and the GSM voice communication network. Other types of data and voice networks, both separate and integrated, may also be utilized with a mobile device **100**.

Depending upon the type of network or networks **619**, the access requirements for the mobile device **100** may also vary. For example, in the Mobitex and DataTAC data networks, mobile devices are registered on the network using a unique identification number associated with each mobile device. In GPRS data networks, however, network access is associated with a subscriber or user of a mobile device. A GPRS device typically requires a subscriber identity module ("SIM"), which is required in order to operate a mobile device on a GPRS network. Local or non-network communication functions (if any) may be operable, without the SIM device, but a mobile device will be unable to carry out any functions involving communications over the data network **619**, other than any legally required operations, such as '911' emergency calling.

After any required network registration or activation procedures have been completed, the mobile device **100** may the send and receive communication signals, including both voice and data signals, over the networks **619**. Signals received by the antenna **616** from the communication network **619** are routed to the receiver **612**, which provides for signal amplification, frequency down conversion, filtering, channel selection, etc., and may also provide analog to digital conversion. Analog to digital conversion of the received signal allows more complex communication functions, such as digital demodulation and decoding to be performed using the DSP **620**. In a similar manner, signals to be transmitted to the network **619** are processed, including modulation and encoding, for example, by the DSP **620** and are then provided to the transmitter **614** for digital to analog

US 10,484,870 B2

9 10

conversion, frequency up conversion, filtering, amplification and transmission to the communication network **619** via the antenna **618**.

In addition to processing the communication signals, the DSP **620** also provides for transceiver control. For example, the gain levels applied to communication signals in the receiver **612** and the transmitter **614** may be adaptively controlled through automatic gain control algorithms implemented in the DSP **620**. Other transceiver control algorithms could also be implemented in the DSP **620** in order to provide more sophisticated control of the transceiver **611**.

The microprocessor **638** preferably manages and controls the overall operation of the mobile device **100**. Many types of microprocessors or microcontrollers could be used here, or, alternatively, a single DSP **620** could be used to carry out the functions of the microprocessor **638**. Low-level communication functions, including at least data and voice communications, are performed through the DSP **620** in the transceiver **611**. Other, high-level communication applications, such as a voice communication application **624**A, and a data communication application **624**B may be stored in the non-volatile memory **624** for execution by the microprocessor **638**. For example, the voice communication module **624**A may provide a high-level user interface operable to transmit and receive voice calls between the mobile device **100** and a plurality of other voice or dual-mode devices via the network **619**. Similarly, the data communication module **624**B may provide a high-level user interface operable for sending and receiving data, such as e-mail messages, files, organizer information, short text messages, etc., between the mobile device **100** and a plurality of other data devices via the networks **619**.

The microprocessor **638** also interacts with other device subsystems, such as the display **622**, the RAM **626**, the auxiliary input/output (I/O) subsystems **628**, the serial port **630**, the keyboard **632**, the speaker **634**, the microphone **636**, the short-range communications subsystem **640** and any other device subsystems generally designated as **642**.

Some of the subsystems shown in FIG. **8** perform communication-related functions, whereas other subsystems may provide "resident" or on-device functions. Notably, some subsystems, such as the keyboard **632** and the display **622** may be used for both communication-related functions, such as entering a text message for transmission over a data communication network, and device-resident functions such as a calculator or task list or other PDA type functions.

Operating system software used by the microprocessor **638** is preferably stored in a persistent store such as non-volatile memory **624**. The non-volatile memory **624** may be implemented, for example, as a Flash memory component, or as battery backed-up RAM. In addition to the operating system, which controls low-level functions of the mobile device **610**, the non-volatile memory **624** includes a plurality of software modules **624**A-**624**N that can be executed by the microprocessor **638** (and/or the DSP **620**), including a voice communication module **624**A, a data communication module **624**B, and a plurality of other operational modules **624**N for carrying out a plurality of other functions. These modules are executed by the microprocessor **638** and provide a high-level interface between a user and the mobile device **100**. This interface typically includes a graphical component provided through the display **622**, and an input/output component provided through the auxiliary I/O **628**, keyboard **632**, speaker **634**, and microphone **636**. The operating system, specific device applications or modules, or parts thereof, may be temporarily loaded into a volatile store, such as RAM **626** for faster operation. Moreover,

received communication signals may also be temporarily stored to RAM **626**, before permanently writing them to a file system located in a persistent store such as the Flash memory **624**.

An exemplary application module **624**N that may be loaded onto the mobile device **100** is a personal information manager (PIM) application providing PDA functionality, such as calendar events, appointments, and task items. This module **624**N may also interact with the voice communication module **624**A for managing phone calls, voice mails, etc., and may also interact with the data communication module for managing e-mail communications and other data transmissions. Alternatively, all of the functionality of the voice communication module **624**A and the data communication module **624**B may be integrated into the PIM module.

The non-volatile memory **624** preferably also provides a file system to facilitate storage of PIM data items on the device. The PIM application preferably includes the ability to send and receive data items, either by itself, or in conjunction with the voice and data communication modules **624**A, **624**B, via the wireless networks **619**. The PIM data items are preferably seamlessly integrated, synchronized and updated, via the wireless networks **619**, with a corresponding set of data items stored or associated with a host computer system, thereby creating a mirrored system for data items associated with a particular user.

Context objects representing at least partially decoded data items, as well as fully decoded data items, are preferably stored on the mobile device **100** in a volatile and non-persistent store such as the RAM **626**. Such information may instead be stored in the non-volatile memory **624**, for example, when storage intervals are relatively short, such that the information is removed from memory soon after it is stored. However, storage of this information in the RAM **626** or another volatile and non-persistent store is preferred, in order to ensure that the information is erased from memory when the mobile device **100** loses power. This prevents an unauthorized party from obtaining any stored decoded or partially decoded information by removing a memory chip from the mobile device **100**, for example.

The mobile device **100** may be manually synchronized with a host system by placing the device **100** in an interface cradle, which couples the serial port **630** of the mobile device **100** to the serial port of a computer system or device. The serial port **630** may also be used to enable a user to set preferences through an external device or software application, or to download other application modules **624**N for installation. This wired download path may be used to load an encryption key onto the device, which is a more secure method than exchanging encryption information via the wireless network **619**. Interfaces for other wired download paths may be provided in the mobile device **100**, in addition to or instead of the serial port **630**. For example, a USB port would provide an interface to a similarly equipped personal computer.

Additional application modules **624**N may be loaded onto the mobile device **100** through the networks **619**, through an auxiliary I/O subsystem **628**, through the serial port **630**, through the short-range communications subsystem **640**, or through any other suitable subsystem **642**, and installed by a user in the non-volatile memory **624** or RAM **626**. Such flexibility in application installation increases the functionality of the mobile device **100** and may provide enhanced on-device functions, communication-related functions, or both. For example, secure communication applications may

US 10,484,870 B2

11                                                                    12

enable electronic commerce functions and other such financial transactions to be performed using the mobile device **100**.

When the mobile device **100** is operating in a data communication mode, a received signal, such as a text message or a web page download, is processed by the transceiver module **611** and provided to the microprocessor **638**, which preferably further processes the received signal in multiple stages as described above, for eventual output to the display **622**, or, alternatively, to an auxiliary I/O device **628**. A user of mobile device **100** may also compose data items, such as e-mail messages, using the keyboard **632**, which is preferably a complete alphanumeric keyboard laid out in the QWERTY style, although other styles of complete alphanumeric keyboards such as the known DVORAK style may also be used. User input to the mobile device **100** is further enhanced with a plurality of auxiliary I/O devices **628**, which may include a thumbwheel input device, a touchpad, a variety of switches, a rocker input switch, etc. The composed data items input by the user may then be transmitted over the communication networks **619** via the transceiver module **611**.

When the mobile device **100** is operating in a voice communication mode, the overall operation of the mobile device is substantially similar to the data mode, except that received signals are preferably be output to the speaker **634** and voice signals for transmission are generated by a microphone **636**. Alternative voice or audio I/O subsystems, such as a voice message recording subsystem, may also be implemented on the mobile device **100**. Although voice or audio signal output is preferably accomplished primarily through the speaker **634**, the display **622** may also be used to provide an indication of the identity of a calling party, the duration of a voice call, or other voice call related information. For example, the microprocessor **638**, in conjunction with the voice communication module and the operating system software, may detect the caller identification information of an incoming voice call and display it on the display **622**.

A short-range communications subsystem **640** is also included in the mobile device **100**. The subsystem **640** may include an infrared device and associated circuits and components, or a short-range RF communication module such as a Bluetooth™ module or an 802.11 module, for example, to provide for communication with similarly-enabled systems and devices. Those skilled in the art will appreciate that "Bluetooth" and "802.11" refer to sets of specifications, available from the Institute of Electrical and Electronics Engineers, relating to wireless personal area networks and wireless local area networks, respectively.

The systems' and methods' data may be stored in one or more data stores. The data stores can be of many different types of storage devices and programming constructs, such as RAM, ROM, Flash memory, programming data structures, programming variables, etc. It is noted that data structures describe formats for use in organizing and storing data in databases, programs, memory, or other computer-readable media for use by a computer program.

The systems and methods may be provided on many different types of computer-readable media including computer storage mechanisms (e.g., CD-ROM, diskette, RAM, flash memory, computer's hard drive, etc.) that contain instructions for use in execution by a processor to perform the methods' operations and implement the systems described herein.

The computer components, software modules, functions and data structures described herein may be connected directly or indirectly to each other in order to allow the flow of data needed for their operations. It is also noted that a module or processor includes but is not limited to a unit of code that performs a software operation, and can be implemented for example as a subroutine unit of code, or as a software function unit of code, or as an object (as in an object-oriented paradigm), or as an applet, or in a computer script language, or as another type of computer code.

What is claimed is:

1. A method for establishing a data connection between a peripheral device and a mobile device, the method comprising:

receiving, by the mobile device, an indication from the peripheral device for user approval of the data connection;

prompting, by the mobile device, for a user input in response to receiving the indication; and

determining, by the mobile device, whether to establish the data connection based on the user input.

2. The method of claim **1**, wherein the user input comprises one of a password or other approval indication.

3. The method of claim **1**, wherein the indication is received responsive to the peripheral device connecting to the mobile device.

4. The method of claim **3**, wherein the peripheral device connects to the mobile device via a universal serial bus (USB) cable or a wireless protocol.

5. The method of claim **1**, wherein when the mobile device receives the indication while the mobile device is in a locked state, prompting for user input is not performed by the mobile device until the mobile device is unlocked.

6. The method of claim **1**, wherein determining, by the mobile device, whether to establish the data connection based on the user input further comprises:

approving establishment of the data connection when the user input is valid; and

rejecting establishment of the data connection when the user input is not valid.

7. The method of claim **6**, wherein establishing the data connection comprises opening a data transfer connection between the peripheral device and the mobile device.

8. The method of claim **1**, wherein the peripheral device is unable to provide a prompt to the user or to obtain the input from the user.

9. The method of claim **1**, wherein the peripheral device is one of a smart card reader, a memory card, a hardware cryptographic-related token, and a camera.

10. The method of claim **1**, wherein the mobile device is a mobile wireless communications device.

11. A non-transitory computer readable medium storing computer readable instructions that, when executed by a processor, implement a method for establishing a data connection between a peripheral device and a mobile device, comprising:

receiving an indication redirecting user approval of the data connection from the peripheral device to the mobile device;

prompting a user of the mobile device for a user input in response to receiving the indication; and

determining, by the mobile device, whether to establish the data connection based on the user input.

12. The non-transitory computer readable medium of claim **11**, wherein the user input comprises one of a password or other approval indication.

13. The non-transitory computer readable medium of claim **11**, wherein determining whether to establish the data connection based on the user input further comprises:

US 10,484,870 B2

13

approving establishment of the data connection when the user input is valid; and

rejecting establishment of the data connection when the user input is not valid.

14. The non-transitory computer readable medium of claim 13, wherein establishing the data connection comprises opening a data transfer connection between the peripheral device and the mobile device.

15. The non-transitory computer readable medium of claim 11, wherein when the indication is received while the mobile device is in a locked state, prompting for user input is not performed until the mobile device is unlocked.

16. A mobile device for establishing a data connection with a peripheral device, the mobile device comprising:

a memory device; and

a processor configured to execute instructions stored on the memory device such that when executed, cause the mobile device to:

receive an indication from the peripheral device for user approval of the data connection;

prompt a user of the mobile device for a user input in response to receiving the indication; and

14

determine whether to establish the data connection based on the user input.

17. The mobile device of claim 16, wherein the user input comprises one of a password or other approval indication.

18. The mobile device of claim 16, wherein determining whether to establish the data connection based on the user input further comprises:

approving establishment of the data connection when the user input is valid; and

rejecting establishment of the data connection when the user input is not valid.

19. The mobile device of claim 18, wherein establishing the data connection comprises opening a data transfer connection between the peripheral device and the mobile device.

20. The mobile device of claim 16, wherein when the indication is received while the mobile device is in a locked state, prompting for user input is not performed until the mobile device is unlocked.

* * * * *