# Exhibit 8

# Application of U.S. Patent No. 8,463,424 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Toyota and Lexus vehicles featuring Toyota's in-vehicle navigation feature, including those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Toyota (as defined in the Complaint) or one of Toyota's affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

| Claim | Application of U.S. Patent No. 8,463,424 |
|---|---|
| 1[pre]: A method of displaying a map on a wireless communications device, the method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method of displaying a map on a wireless communications device. For example, the Accused Instrumentalities display a map on an infotainment system of the Accused Instrumentalities.<br><br><br><br>Source: 2026 Toyota Grand Highlander Test Photos |



Source: Lexus Vehicle Test Photos

| 1[a]: receiving current position information representing a current position of the wireless communications device; | The Accused Instrumentalities receive current position information representing a current position of the wireless communications device. For example, the Accused Instrumentalities receive current position information representing the current position of the Accused Instrumentality. |
| --- | --- |



Source: 2026 Toyota Grand Highlander Test Photos



Source: Lexus Vehicle Test Photos

| | |
|---|---|
| 1[b]: displaying the current position of the wireless communications device on the map; | The Accused Instrumentalities display the current position of the wireless communications device on the map. For example, the Accused Instrumentalities display the current position of the Accused Instrumentality on the map. |

U.S. Patent No. 8,463,424                    Page 5 of 11



Source: 2026 Toyota Grand Highlander Test Photos



Source: Lexus Vehicle Test Photos

| 1[c]: determining address information corresponding to the current position of the wireless communications device; and | The Accused Instrumentalities determine address information corresponding to the current position of the wireless communications device. For example, the Accused Instrumentalities determine address information corresponding to the current position of the Accused Instrumentality. |



Source: 2026 Toyota Grand Highlander Test Photos



Source: Lexus Vehicle Test Photos

| 1[d]: presenting the address information via a user interface of the device by displaying a street number on the map adjacent to the graphical current position indicator. | The Accused Instrumentalities present the address information via a user interface of the device by displaying a street number on the map adjacent to the graphical current position indicator. For example, the Accused Instrumentalities present the address information by displaying via a user interface of the infotainment system a street number on the map adjacent to the graphical current position indicator. |
|---|---|



Source: 2026 Toyota Grand Highlander Test Photos



Source: Lexus Vehicle Test Photos