# Exhibit 9

# Application of U.S. Patent No. 8,503,936 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Toyota and Lexus vehicles featuring Android Auto, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

| Claim | Application of U.S. Patent No. 8,503,936 |
|---|---|
| 7[pre]: A method of operating an electronic device communicable with another electronic device over a short range connection, the method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method of operating an electronic device (e.g., Accused Instrumentality) communicable with another electronic device (e.g., smartphone) over a short range connection. For example, each Accused Instrumentality has an infotainment system supporting Android Auto pairing with an Android Auto-enabled device such as a smartphone.<br><br>**Android Auto**<br><br>Android Auto provides a driver-optimized app experience for users who have an Android phone with the Android Auto app and a compatible car or aftermarket stereo system ☑. They can use your app directly on their car's display by connecting their phone. You enable Android Auto to connect with your phone app by creating services that Android Auto uses to display a driver-optimized interface to the driver.<br><br><br><br>**Figure 1.** Android Auto—powered by a phone and running on a car.<br><br>Source: https://developer.android.com/training/cars; ; *see also* https://developers.google.com/cars/design/android-auto. |

## Set up Android Auto

If you're using Android Auto for the first time, here are some steps to get started:

**Important:** Android Auto ⋀ is integrated into phones. You do not need to download it.

## Android Auto on your car display (wireless)

Step 1. Prepare your phone & car ⌄

Step 2. Connect your phone ⌃

The first time you connect wirelessly, you will need to pair your phone and car via Bluetooth.

Important: For best results, keep your phone's Bluetooth, Wi-Fi, and Location Services turned on while you complete the setup. Make sure your car is in park (P) with the infotainment system on, and allow time to set up Android Auto before you start your drive.

1. On your phone, navigate to the **Bluetooth** menu (you can find it in your phone's **Settings** ⚙).
2. On your steering wheel, press and hold the voice command button to open the menu to pair a new phone. If the menu does not appear, check the instructions from your car manufacturer.
3. Follow the on-screen instructions to pair your phone with your car via Bluetooth. (Your phone might ask you to update Android Auto before you continue.) For more information, check your vehicle user manual or contact your vehicle manufacturer.

Source: https://support.google.com/androidauto/answer/6348029?hl=en#zippy=%2Cstep-prepare-your-phone-car%2Cstep-connect-yourphone%2Cstep-start-android-auto

U.S. Patent No. 8,503,936

## How do I setup Android Auto™?

To complete the first-time setup, make sure that your vehicle is in Park (P) mode.

To establish wired Android Auto™ connection with a USB cable:
- Ensure Android Auto™ app is installed on your smartphone. (Android™ 9 or earlier requires Android Auto™ app on the phone. Android Auto™ is built-in with Android™ 10 or later)
- Connect your Android™ phone to your vehicle with a phone manufacturer-certified USB cable and follow instructions on the vehicle's multimedia system
- On your vehicle's multimedia system select "Yes" when asked to use Android Auto™
- Android Auto™ is launched. You can now use apps within Android Auto™ to get directions, make calls, send / receive messages

To establish wireless Android Auto™ connection:
- Make sure that your Android™ Phone has Bluetooth® ON
- On the vehicle's multimedia screen select Settings (gear icon) > 'Bluetooth® & devices' > 'Add another device' > 'Search for devices'
- Select your phone's name as it appears on list of discovered Bluetooth® devices
- Check your Android™ phone for prompts and follow instructions on the phone
- Select "Yes" on the multimedia system when asked if you would like to enable Android Auto™

Android Auto™ is launched. You can now use the compatible apps within Android Auto™ to get directions, make calls, send/receive messages or listen to your favorite music apps.

Source: https://support.toyota.com/s/article/How-do-I-setup-Androi-10807?language=en_US

U.S. Patent No. 8,503,936    Page 4 of 10



Source: 2026 Toyota Grand Highlander Test Photos

| 7[a]: receiving data from the other electronic device, the data enabling the electronic device to display a first user interface comprising at least said first data item, the first data item having been included in a | The Accused Instrumentalities receive data from the other electronic device, the data enabling the electronic device to display a first user interface comprising at least said first data item, the first data item having been included in a second user interface displayed on the other electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item. For example, the Accused Instrumentalities receive data from a smartphone that is displayed on the |

| | |
|---|---|
| second user interface displayed on the other electronic device, the second user interface comprising a plurality of data items obtained from a plurality of sources, the plurality of data items comprising the first data item; and | infotainment system of the Accused Instrumentalities. The data is also displayed on the smartphone and can comprise a plurality of data items obtained from a plurality of sources (e.g., navigation data, media data, etc.).<br><br>## Android Auto<br><br>Android Auto provides a driver-optimized app experience for users who have an Android phone with the Android Auto app and a compatible car or aftermarket stereo system ⬈. They can use your app directly on their car's display by connecting their phone. You enable Android Auto to connect with your phone app by creating services that Android Auto uses to display a driver-optimized interface to the driver.<br><br><br><br>**Figure 1.** Android Auto—powered by a phone and running on a car.<br><br>Source: https://developer.android.com/training/cars; *see also* https://developers.google.com/cars/design/android-auto. |

## How do I setup Android Auto™?

To complete the first-time setup, make sure that your vehicle is in Park (P) mode.

To establish wired Android Auto™ connection with a USB cable:
- Ensure Android Auto™ app is installed on your smartphone. (Android™ 9 or earlier requires Android Auto™ app on the phone. Android Auto™ is built-in with Android™ 10 or later)
- Connect your Android™ phone to your vehicle with a phone manufacturer-certified USB cable and follow instructions on the vehicle's multimedia system
- On your vehicle's multimedia system select "Yes" when asked to use Android Auto™
- Android Auto™ is launched. You can now use apps within Android Auto™ to get directions, make calls, send / receive messages

To establish wireless Android Auto™ connection:
- Make sure that your Android™ Phone has Bluetooth® ON
- On the vehicle's multimedia screen select Settings (gear icon) > 'Bluetooth® & devices' > 'Add another device' > 'Search for devices'
- Select your phone's name as it appears on list of discovered Bluetooth® devices
- Check your Android™ phone for prompts and follow instructions on the phone
- Select "Yes" on the multimedia system when asked if you would like to enable Android Auto™

Android Auto™ is launched. You can now use the compatible apps within Android Auto™ to get directions, make calls, send/receive messages or listen to your favorite music apps.

Source: https://support.toyota.com/s/article/How-do-I-setup-Androi-10807?language=en_US



Source: 2026 Toyota Grand Highlander Test Photos



Source: 2026 Toyota Grand Highlander Test Photos – Paired Android Smartphone

| | |
|---|---|
| 7[b]: displaying the first user interface. | The Accused Instrumentalities display the first user interface. For example, the Accused Instrumentalities display the first user interface via the infotainment system. |



Source: 2026 Toyota Grand Highlander Test Photos