# Exhibit 10

# Application of U.S. Patent No. 9,417,077 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to all versions of the Toyota app and Lexus app featuring Toyota's vehicle location tracking feature, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. 9,417,077                                   Page 1 of 15

| Claim | Application of U.S. Patent No. 9,417,077 |
|---|---|
| 1[pre]: A method of displaying a map on a wireless communications device, the method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method of displaying a map on a wireless communications device – e.g., performed by the Toyota app and Lexus app featuring Toyota's vehicle location tracking feature.<br><br>**Connected Services are available through the Toyota App**<br><br>Activate your Connected Services * with the Toyota app. * You can log into the app using your **My Toyota credentials** or create an account.<br>**Learn More**<br>Remote Connect shown.<br><br>Download on the App Store     GET IT ON Google Play<br><br>Generate QR Code >     Generate QR Code ><br><br>**What is Remote Connect?**<br><br>Using a compatible smartphone with the Toyota app, * Remote Connect * lets you control select features of your vehicle.<br><br>• Lock and unlock doors<br>• Start vehicle<br>• Find your vehicle in a parking lot |



Source:  https://www.toyota.com/connected-services/remote-connect

U.S. Patent No. 9,417,077                    Page 3 of 15



Source:  https://www.youtube.com/shorts/L0kfBOrc_A0

U.S. Patent No. 9,417,077                                        Page 4 of 15



**CONTROL REMOTELY**

Use the app to find your Lexus in a crowded parking lot, start the engine, or lock the doors remotely.[3]



**VEHICLE FINDER**

The Vehicle Finder makes locating your vehicle on the street or in an uncovered parking lot easier than ever. Using the map on your smartphone, it can help guide you to your vehicle's last known parked location.

Source: https://www.servcolexus.com/connectedservices/interface.html

U.S. Patent No. 9,417,077                    Page 5 of 15



Source: Screenshots of the Lexus App on a Smartphone

| | |
|---|---|
| 1[a]: determining position information of a position on the map; | The Accused Instrumentalities determine position information of a position on the map. For example, the Accused Instrumentalities determine the position of a Toyota vehicle registered with the Toyota app or a Lexus vehicle registered with the Lexus app. |



Source: https://www.youtube.com/shorts/L0kfBOrc_A0

| | **Last Parked Location** |
|---|---|
| | **How is the vehicle located?** ⌃<br><br>The vehicle relays its GPS coordinates to Lexus once the *vehicle ignition has been turned off, which in turn provides the information to the Lexus app.<br><br>Source: https://www.servcolexus.com/connectedservicesfaq.html<br><br><br><br>**VEHICLE FINDER**<br><br>The Vehicle Finder makes locating your vehicle on the street or in an uncovered parking lot easier than ever. Using the map on your smartphone, it can help guide you to your vehicle's last known parked location.<br><br>Source: https://www.servcolexus.com/connectedservices/interface.html |

| 1[b]: displaying a graphical position indicator representing the position on the map; | The Accused Instrumentalities display a graphical position indicator representing the position on the map. For example, the Accused Instrumentalities display a graphical position indicator indicating the position of the Toyota or Lexus vehicle on the map.  |
| --- | --- |

| | |
|---|---|
| | Source: https://www.youtube.com/shorts/L0kfBOrc_A0 <br>Source: Screenshots of the Lexus App on a Smartphone |
| 1[c]: determining address information corresponding to the position on the map, the determining address information comprising obtaining from a server, address data containing the address information; and | The Accused Instrumentalities determine address information corresponding to the position on the map, which includes obtaining from a server address data containing the address information. For example, as shown below, the Accused Instrumentalities obtain address data containing address information from a server. |



Source:  https://www.youtube.com/shorts/L0kfBOrc_A0

**Last Parked Location**

**How is the vehicle located?** ⌃

The vehicle relays its GPS coordinates to Lexus once the *vehicle ignition has been turned off, which in turn provides the information to the Lexus app.

Source: https://www.servcolexus.com/connectedservicesfaq.html



**VEHICLE FINDER**

The Vehicle Finder makes locating your vehicle on the street or in an uncovered parking lot easier than ever. Using the map on your smartphone, it can help guide you to your vehicle's last known parked location.

Source: https://www.servcolexus.com/connectedservices/interface.html

U.S. Patent No. 9,417,077                                        Page 12 of 15



Source: Screenshots of the Lexus App on a Smartphone

| 1[d]: presenting the address information via a user interface of the device by displaying a street number on the map adjacent to the graphical position indicator. | The Accused Instrumentalities present the address information via a user interface of the device by displaying a street number on the map adjacent to the graphical position indicator. For example, the Accused Instrumentalities present the address information by displaying a street number on the map adjacent to the graphical position indicator. |
|---|---|



Source: https://www.youtube.com/shorts/L0kfBOrc_A0

U.S. Patent No. 9,417,077                    Page 14 of 15



Source: Screenshots of the Lexus App on a Smartphone