# Exhibit 11

# Application of U.S. Patent No. 9,417,077 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Toyota and Lexus vehicles featuring Toyota's in-vehicle navigation feature, including those identified herein, as well as all other products made, used, sold, offered for sale and/or imported by Toyota (as defined in the Complaint) or one of Toyota's affiliated companies, that have the features shown in this chart, or substantially similar features.
† This claim chart is meant to be illustrative for purposes of meeting Plaintiff's pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. 9,417,077                               Page 1 of 11

| Claim | Application of U.S. Patent No. 9,417,077 |
|---|---|
| 1[pre]: A method of displaying a map on a wireless communications device, the method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method of displaying a map on a wireless communications device. For example, the Accused Instrumentalities display a map on an infotainment system of the Accused Instrumentalities.<br><br><br><br>Source: 2026 Toyota Grand Highlander Test Photos |



Source: Lexus Vehicle Test Photos

| 1[a]: determining position information of a position on the map; | The Accused Instrumentalities determine position information of a position on the map. For example, the Accused Instrumentalities determine the position of the Toyota vehicle. |



Source: 2026 Toyota Grand Highlander Test Photos



Source: Lexus Vehicle Test Photos

| | |
|---|---|
| 1[b]: displaying a graphical position indicator representing the position on the map; | The Accused Instrumentalities display a graphical position indicator representing the position on the map. For example, the Accused Instrumentalities display a graphical position indicator indicating the position of the Toyota vehicle on the map. |

U.S. Patent No. 9,417,077                                     Page 5 of 11



Source: 2026 Toyota Grand Highlander Test Photos



Source: Lexus Vehicle Test Photos

| | |
|---|---|
| 1[c]: determining address information corresponding to the position on the map, the determining address information comprising obtaining from a server, address data containing the address information; and | The Accused Instrumentalities determine address information corresponding to the position on the map, the determining address information comprising obtaining from a server, address data containing the address information. For example, the Accused Instrumentalities obtain address data containing address information from a Toyota or Toyota-contracted server. |



Source: 2026 Toyota Grand Highlander Test Photos



Source: Lexus Vehicle Test Photos

| | |
|---|---|
| 1[d]: presenting the address information via a user interface of the device by displaying a street number on the map adjacent to the graphical position indicator. | The Accused Instrumentalities present the address information via a user interface of the device by displaying a street number on the map adjacent to the graphical position indicator. For example, the Accused Instrumentalities present the address information by displaying via a user interface of the infotainment system a street number on the map adjacent to the graphical position indicator. |



Source: 2026 Toyota Grand Highlander Test Photos



Source: Lexus Vehicle Test Photos