# Exhibit 12

# Application of U.S. Patent No. 10,484,870 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Toyota and Lexus vehicles featuring Bluetooth pairing, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. 10,484,870                    Page 1 of 7

| Claim | Application of U.S. Patent No. 10,484,870 |
|---|---|
| 1[pre]: A method for establishing a data connection between a peripheral device and a mobile device, the method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method for establishing a data connection between a peripheral device (e.g., smartphone) and a mobile device (e.g., Accused Instrumentality). For example, each Accused Instrumentality has an infotainment system supporting Bluetooth pairing with a Bluetooth-enabled device such as a smartphone. Toyota Entune 3.0: How To Connect Phone to Car via Bluetooth Pairing<br><br>Source: https://www.youtube.com/watch?v=stmTuEVjCyY; *see also* https://www.youtube.com/watch?v=CCA5LleP8mI. |
| 1[a]: receiving, by the mobile device, an indication from the | The Accused Instrumentalities receive an indication from the peripheral device (e.g., smartphone) for user approval of the data connection. For example, the infotainment system |

| | |
|---|---|
| peripheral device for user approval of the data connection; | of the Accused Instrumentalities receives a connection request from the Bluetooth-enabled peripheral device.<br><br><br><br>Source: https://www.youtube.com/watch?v=stmTuEVjCyY; *see also* https://www.youtube.com/watch?v=CCA5LleP8mI. |
| 1[b]: prompting, by the mobile device, for a user input in response to receiving the indication; and | The Accused Instrumentalities prompt for a user input in response to receiving the indication. |



Source: https://www.youtube.com/watch?v=stmTuEVjCyY; *see also* https://www.youtube.com/watch?v=CCA5LleP8mI.

| 1[c]: determining, by the mobile device, whether to establish the data connection based on the user input. | The Accused Instrumentalities determine whether to establish the data connection based on the user input. For example, the Accused Instrumentalities determine whether to establish the data connection based on user input such as tapping or otherwise using a selector to select. |
|---|---|







Source: https://www.youtube.com/watch?v=stmTuEVjCyY; *see also* https://www.youtube.com/watch?v=CCA5LleP8mI.

U.S. Patent No. 10,484,870                                    Page 7 of 7