# Exhibit 13

# Application of U.S. Patent No. 10,484,870 to the Accused Instrumentalities*†

---

\* The term "Accused Instrumentalities" refers to Toyota and Lexus vehicles featuring Android Auto, as well as all other products made, used, sold, offered for sale and/or imported by Defendants (as defined in the Complaint) or Defendants' affiliated companies, that have the features shown in this chart, or substantially similar features.

† This claim chart is meant to be illustrative for purposes of meeting Plaintiffs' pleading obligations and should not be construed as limiting or binding.

U.S. Patent No. 10,484,870                                         Page 1 of 16

| Claim | Application of U.S. Patent No. 10,484,870 |
|---|---|
| 1[pre]: A method for establishing a data connection between a peripheral device and a mobile device, the method comprising: | To the extent the preamble is limiting, the Accused Instrumentalities perform a method for establishing a data connection between a peripheral device (e.g., smartphone) and a mobile device (e.g., Accused Instrumentality). For example, each Accused Instrumentality has an infotainment system supporting Android Auto pairing with an Android Auto-enabled device such as a smartphone.<br><br>**Android Auto**<br><br>Android Auto provides a driver-optimized app experience for users who have an Android phone with the Android Auto app and a compatible car or aftermarket stereo system ☑. They can use your app directly on their car's display by connecting their phone. You enable Android Auto to connect with your phone app by creating services that Android Auto uses to display a driver-optimized interface to the driver.<br><br><br><br>**Figure 1.** Android Auto—powered by a phone and running on a car.<br><br>Source: https://developer.android.com/training/cars |

U.S. Patent No. 10,484,870                    Page 2 of 16

## Set up Android Auto

If you're using Android Auto for the first time, here are some steps to get started:

**Important:** Android Auto ⌃ is integrated into phones. You do not need to download it.

## Android Auto on your car display (wireless)

Step 1. Prepare your phone & car ⌄

Step 2. Connect your phone ⌃

> The first time you connect wirelessly, you will need to pair your phone and car via Bluetooth.
>
> Important: For best results, keep your phone's Bluetooth, Wi-Fi, and Location Services turned on while you complete the setup. Make sure your car is in park (P) with the infotainment system on, and allow time to set up Android Auto before you start your drive.
>
> 1. On your phone, navigate to the **Bluetooth** menu (you can find it in your phone's **Settings** ⚙).
> 2. On your steering wheel, press and hold the voice command button to open the menu to pair a new phone. If the menu does not appear, check the instructions from your car manufacturer.
> 3. Follow the on-screen instructions to pair your phone with your car via Bluetooth. (Your phone might ask you to update Android Auto before you continue.) For more information, check your vehicle user manual or contact your vehicle manufacturer.

Source: https://support.google.com/androidauto/answer/6348029?hl=en#zippy=%2Cstep-prepare-your-phone-car%2Cstep-connect-yourphone%2Cstep-start-android-auto



Source: https://www.toyota.com/connected-services/; *see also* https://support.lexus.com/s/article/Android-Auto-10845.

Source: https://www.youtube.com/watch?v=9XAa4XVw0qw

| | |
|---|---|
| 1[a]: receiving, by the mobile device, an indication from the peripheral device for user approval of the data connection; | The Accused Instrumentalities receive an indication from the peripheral device (e.g., smartphone) for user approval of the data connection. For example, the infotainment system of the Accused Instrumentalities receives a connection request from the peripheral device.<br><br> |





U.S. Patent No. 10,484,870                                    Page 7 of 16



Source: https://www.youtube.com/watch?v=9XAa4XVw0qw; *see also* https://www.lexus.com/My-Lexus/resources/video-detail-page/technology/how-to-set-up-android-auto.

| | |
|---|---|
| 1[b]: prompting, by the mobile device, for a user input in response to receiving the indication; and | The Accused Instrumentalities prompt for a user input in response to receiving the indication. |





Source: https://www.youtube.com/watch?v=9XAa4XVw0qw; *see also* https://www.lexus.com/My-Lexus/resources/video-detail-page/technology/how-to-set-up-android-auto.

| 1[c]: determining, by the mobile device, whether to establish the data connection based on the user input. | The Accused Instrumentalities determine whether to establish the data connection based on the user input. For example, the Accused Instrumentalities determine whether to establish the data connection based on user input such as tapping or otherwise using a selector to select. |
|---|---|

U.S. Patent No. 10,484,870











U.S. Patent No. 10,484,870                                    Page 15 of 16



Source: https://www.youtube.com/watch?v=9XAa4XVw0qw; *see also* https://www.lexus.com/My-Lexus/resources/video-detail-page/technology/how-to-set-up-android-auto.